# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
January 31, 2025
Nathan Ochsner, Clerk of Court

No. 24-20552

United States Court of Appeals
Fifth Circuit
**FILED**
January 31, 2025
Lyle W. Cayce
Clerk

IN THE MATTER OF GALLERIA 2425 OWNER, L.L.C.,

*Debtor*,

JETALL COMPANIES, INCORPORATED; 2425 WL, L.L.C.,

*Appellants*,

versus

NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH; CHRISTOPHER R. MURRAY, *Chapter 11 Trustee*,

*Appellees*.

---

Appeal from the United States Bankruptcy Court
for the&nbspSouthern District of Texas
USDC No. 4:24-CV-4835

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 31, 2025, for want of prosecution. The appellant failed to timely file a transcript order form in our court.

No. 24-20552

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

*/s/ Christy Combel*

By: _____
       Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 31, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-20552    Jetall v. National Bank of Kuwait  
                      USDC No. 4:24-CV-4835

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____  
Christy M. Combel, Deputy Clerk  
504-310-7651

Mr. Charles Clayton Conrad  
Mr. Jason A. LeBoeuf  
Mr. Christopher R. Murray  
Mr. Nathan Ochsner  
Mr. R. J. Shannon  
Mr. Andrew M. Troop