United States District Court
Southern District of Texas
**ENTERED**
July 31, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **GALLERIA 2425 OWNER, LLC,** § | |
| § | |
| *Debtor,* § | |
| § | |
| **JETALL COMPANIES, INC. and 2425 WL** § | **CIVIL ACTION NO. 4:24-CV-4835** |
| **LLC,** § | **BANKRUPTCY NO. 23-34815** |
| § | |
| *Appellants*, § | |
| § | |
| **VS.** § | |
| § | |
| **NATIONAL BANK OF KUWAIT, S.A.K.P.,** § | |
| **NEW YORK BRANCH,** § | |
| § | |
| *Appellees*. § | |

## ORDER

On December 10, 2024, this bankruptcy appeal was filed, and Appellant Jetall Companies, Inc. filed an Emergency Motion for Stay Pending Appeal. ECF Nos. 1, 3. At a hearing on December 11, 2024, the Court denied Appellant's Emergency Motion for Stay. On December 12, 2024, Appellants Jetall Companies, Inc. and 2425 WL, LLC appealed the Court's order to the Fifth Circuit. ECF No. 9. On January 31, 2025, the Fifth Circuit dismissed the appeal for want of prosecution. ECF No. 18.

Six months later, Appellants have taken no action to litigate the merits of the underlying appeal. Appellants have not even designated the record in this appeal; the Designation of Items to Be Included in the Record on Appeal (ECF No. 14) only noted items for the appeal to the Fifth Circuit. Accordingly, Appellants' claims are hereby **DISMISSED** due to Appellants' failure to prosecute. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of July, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE