UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| GALLERIA 2425 OWNER LLC, | § § | |
| | § | Case No. 23-34815 (JPN) |
| Debtor. | § | |

| | | |
|---|---|---|
| JETALL COMPANIES, INC. and 2425 WL, LLC, | § § § | |
| Appellants, | § § | |
| v. | § § | Civil Action No. 4:24-cv-04835 |
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH | § § § § | |
| Appellee. | § | |

# APPELLEE'S RESPONSE TO MOTION FOR REHEARING

TO THE HON. KEITH P. ELLISON, UNITED STATES DISTRICT JUDGE:

Appellee National Bank of Kuwait, S.A.K.P., New York Branch ("NBK") submits this response to the *Motion for Rehearing* [ECF No. 20] (the "Motion") filed by Appellants Jetall Companies, Inc. and 2425 WL, LLC.

1. Counsel for the Appellants contacted counsel for Appellee on August 14, 2025 indicating an intent to file the Motion within hours but providing no basis to support the relief requested. NBK therefore indicated that it would

oppose the Motion, but it has since been able to confirm many of the facts alleged in the Motion.

2. NBK notes, however, that when counsel for the Appellants filed their designation of the record with the Bankruptcy Court, it was not tagged in the CM/ECF system as relating to this appeal, nor was "Designation of the Record" included in the docket text.

3. Based on the foregoing, NBK states it does not oppose the Motion.

4. If the Motion is granted and the appeal is reinstated, NBK will promptly designate any additional items to be included in the record. NBK also requests that the Court order the Clerk to then assemble and transmit the record.

WHEREFORE, NBK respectfully requests that any order granting the Motion include (a) authorization for NBK to designate any additional items to be included in the record and (b) instructions to the Clerk to then assemble and transmit the record.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 20, 2025                          Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Andrew M. Troop*
    Charles C. Conrad
    Tex. Bar No.24040721
    S.D. Tex. Fed. No. 37220609
    Main Street, Suite 2000
    Houston, TX 77002
    Telephone: (713) 276-7600
    Facsimile: (713) 276-7634
    charles.conrad@pillsburylaw.com

- and -

Andrew M. Troop
Mass. Bar No. MA547179
S.D. Tex. Fed. No. 30089813
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for National Bank of Kuwait, S.A.K.P., New York Branch*

# CERTIFICATE OF SERVICE

I certify that on August 20, 2025, I caused the foregoing response of NBK to be filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record for the parties to this appeal. Appellee's counsel will serve the parties listed below by separate email.

Appellants' Counsel:
Joseph Carl Cecere, II
Cecere PC
6035 McCommas Blvd.
Dallas, TX 75206
ccecere@cecerepc.com

Jason Andrew Leboeuf
LeBoeuf Law Firm, PLLC
675 Town Square Blvd., Suite 200
Garland, TX 75040
jason@leboeuflawfirm.com

Liquidation Trustee:
Christopher R. Murray
602 Sawyer Street, Suite 400
Houston, TX 77007

Liquidation Trustee's Counsel:
R. J. Shannon
Shannon & Lee LLP
2100 Travis Street, Suite 1525
Houston, TX 77002

U.S. Trustee:
Office of United States Trustee
Attn: Jana Smith Whitworth
515 Rusk Street, Suite 3516
Houston, TX 77002

*/s/ Andrew M. Troop*
Andrew M. Troop

# CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 231 words, excluding the parts of the brief exempted by FED. R. APP. P. 32(f).

This response also complies with the typeface and style requirements of FED. R. APP. P. 27(d)(1)(E) and 32(a)(5) and (6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman typeface.

*/s/ Andrew M. Troop*
Andrew M. Troop