THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) ) | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | ) ) ) | Case No. 23-34815 |
| Debtor. | ) ) ) | |

_____

**STATEMENT OF THE ISSUES AND DESIGNATION OF ITEMS FOR RECORD ON APPEAL FILED BY JETALL COMPANIES, INC. AND 2425 WL, LLC**

_____

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Jetall Companies, Inc. and 2425 WL, LLC hereby submit this: (a) Statement of the Issues Presented on Appeal; and (b) Designation of Items to be Included on Record on Appeal in connection with their appeal of the following orders:

a. the Memorandum Opinion dated December 6, 2024 (Dkt. No. 870);

b. the Order Granting NBK's Emergency (Renewed) Motion to Enforce Sale Order and Requiring Jetall Companies, Inc. to Vacate Property dated December 6, 2024 (Dkt. No. 871); and

c. the Order Releasing Deed of Trust Instrument No. RP-2021-258619 dated December 6, 2024 (Dkt. No. 872)

That appeal is before the United States District Court for the Southern District of Texas: 4:24-cv-4835.

## ISSUES ON APPEAL

These orders give rise to the following issues:

I. Did the Court have jurisdictional, legal, factual, or evidentiary grounds to enter the Order Granting NBK's Emergency (Renewed Motion to Enforce Sale Order and Requiring Jetall Companies, Inc. to Vacate Property (Dkt. No. 871)?

II. Did the Court have jurisdictional, legal, factual, or evidentiary grounds to enter the Order Releasing Deed of Trust Instrument No. RP-2021-258619 (Dkt. No. 872)?

III. Did the Court have jurisdictional, legal, factual, or evidentiary grounds to enter the injunction contained within the Order Releasing Deed of Trust Instrument No. RP-2021-258619, which prohibits "2425 WL and any affiliated party, including without limitation Jetall Companies, Inc., Jetall Capital, LLC, Galleria 2425 JV, LLC, Galleria West Loop Investments II, LLC, Naissance Galleria, LLC, Naissance Capital Real Estate, LLC, and Mr. Ali Choudhri or other person or entity affiliated with any of the foregoing" from "bringing any action in any court challenging title to the Property?"

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The following items from the bankruptcy case and adversary proceeding are to be included in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and referenced within such items.

| Dkt. No. | DESCRIPTION |
|---|---|
|  | Docket Report |
| 1 | Chapter 11 Voluntary Petition Non-Individual Fee Amount $1738 Filed by Galleria 2425 Owner, LLC. Chapter 11 Plan (Small Business) (dated 12/05/2023) |
| 816 | NBK's Emergency Motion to Enforce Sale Order (filed 11/18/2024) |
| 817 | Notice of Response Deadline and Hearing on NBK's Emergency Motion to Enforce Sale Order (entered 11/18/2024) |

| | |
|---|---|
| 823 | Witness and Exhibit List filed by National Bank of Kuwait, S.A.K.P., New York Branch (filed 11/20/2024) |
| 825 | Response to NBK's Emergency Motion to Enforce Sale Order filed by Jetall Companies, Inc. (filed 11/20/2024) |
| 826 | Witness List filed by Jetall Companies, Inc. (filed 11/20/2024) |
| 829 | Order Mooting Motion (entered 11/21/2024) |
| 838 | NBK's (Renewed) Emergency Motion to Enforce Sale Order (filed 12/02/2024) |
| 839 | NBK's Second Emergency Motion to Enforce Sale Order (2425 WL, LLC) (filed 12/02/2024) |
| 843 | Order Setting Hearing (entered 12/03/2024) |
| 846 | Witness and Exhibit List filed by National Bank of Kuwait, S.A.K.P., New York Branch (filed 12/04/2024) |
| 847 | Witness and Exhibit List filed by Jetall Companies, Inc. and 2425 WL, LLC (filed 12/04/2024) |
| 848 | Response to Emergency Motions filed by 2425 WL, LLC and Jetall Companies, Inc. (filed 12/04/2024) |
| 849 | Response filed by National Bank of Kuwait, S.A.K.P., New York Branch (filed 12/04/2024) |
| 850 | Exhibit List filed by National Bank of Kuwait, S.A.K.P., New York Branch (filed 12/04/2024) |
| 851 | Witness List filed by Jetall Companies, Inc. and 2425 WL, LLC (filed 12/04/2024) |
| 852 | Notice of Suggestion of Bankruptcy (filed 12/05/2024) |
| 861 | NBK's Supplement to Emergency Motions to Enforce Sale Orders (filed 12/06/2024) |
| 863 | Order Vacating Abatement (entered 12/06/2024) |
| 870 | Memorandum Opinion (entered 12/06/2024) |
| 871 | Order Granting Emergency Motion to Enforce Sale Order and Requiring Jetall Companies, Inc. to Vacate Property (entered 12/06/2024) |

| | |
|---|---|
| 872 | Order Releasing Deed of Trust Instrument No. RP 2021-358619 (entered 12/06/2024) |
| 873 | Transcript of Hearing on Emergency Motions held on 12/05/2024 (prepared 12/07/2024) |
| 875 | Notice of Appeal (filed 12/08/2024) |

Appellants reserve the right to amend, modify, and/or supplement the foregoing statement of issues and designations and/or object, or otherwise supplement or move to strike or modify, some or all of the appellees' counter-designation of additional items to be included in the record on appeal and/or cross-statement of issues on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
State Bar No. 13268300
(admitted pro hac vice)
**Cecere PC**
6035 McCommas Blvd.
Dallas, TX 75206
Telephone: 469-600-9455

*Attorneys for 2425 WL, LLC and Jetall Companies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of December, 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.

Reese W Baker
Baker & Associates
950 Echo Lane, Ste 300
Houston, TX 77024
(713) 869-9200
Fax : (713) 869-9100
courtdocs@bakerassociates.net

James Q. Pope
The Pope Law Firm
6161 Savoy Drive
Ste 1125
Houston, TX 77036
(713) 449-4481
ecf@thepopelawfirm.com

Jeffrey W Steidley
Steidley Law Firm
3000 Weslayan St., Ste 200
Houston, TX 77027
(713) 523-9595
Jeff@texlaw.us

Christopher R. Murray
Jones Murray LLP
602 Sawyer St., Ste 400
Houston, TX 77007
(832) 529-1999
Fax: (832) 529-3393
chris@jonesmurray.com

R. J. Shannon
Shannon & Lee LLP
2100 Travis St, Ste 1525
Houston, TX 77002
(713) 714-5570
rshannon@shannonleellp.com

Kyung Shik Lee
Shannon and Lee LLP
2100 Travis St., Ste. 1525
Houston, TX 77002
(713) 301-4751
klee@shannonleellp.com

Charles C. Conrad
Ryan Steinbrunner
Pillsbury Winthrop Shaw Pittman
609 Main St. Ste 2000
Houston, TX 77002
(713) 276-7600
Fax: (713) 276-7634
charles.conrad@pillsburylaw.com
ryan.steinbrunner@pillsburylaw.com

Andrew M. Troop
Patrick E. Fitzmaurice
Kwame O. Akuffo
Pillsbury Winthrop Shaw Pittman
31 West 52nd Street
New York, NY  10019-6131
(212) 858-1000
Fax: (212) 858-1500
Andrew.troop@pillsburylaw.com
Patrick.fitzmaurice@pillsburylaw.com

*/s/ J. Carl Cecere*

**J. Carl Cecere**