# U.S. Bankruptcy Court
## Southern District of Texas (Houston)
### Bankruptcy Petition #: 24-35761

*Assigned to:* Bankruptcy Judge Jeffrey P Norman
Chapter 7
Previous chapter 11
Original chapter 11
Involuntary
Unknown assets

*Date filed:* 12/04/2024
*Date converted:* 03/06/2025
*Date transferred:* 12/06/2024
*341 meeting:* 04/23/2025

| | |
|---|---|
| **Debtor**<br>**Jetall Companies**<br>1001 West Loop S<br>Ste 700<br>Houston, TX 77027<br>HARRIS-TX<br>Tax ID / EIN: 54-2182089 | represented by **Justin Peter Louis Rayome**<br>1001 West Loop South<br>Suite 700<br>Houston, TX 77027<br>214-934-9345<br>Email: justin.rayome.law@gmail.com |
| **Petitioning Creditor**<br>**EAO Global LLC**<br>*dba* **PopLabs** | represented by **Kell Corrigan Mercer**<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746<br>512-627-3512<br>Fax : 512-597-0767<br>Email: kell.mercer@mercer-law-pc.com |
| **Petitioning Creditor**<br>**M. Nasr & Partners, PC**<br>7904 N Sam Houston Pkwy W Ste 102<br>Houston, TX 77064 | represented by **Kell Corrigan Mercer**<br>(See above for address) |
| **Petitioning Creditor**<br>**Ron Madriz**<br>5151 Richmond Ave<br>Apt 293<br>Houston, TX 77056 | represented by **Ron Madriz**<br>PRO SE<br><br>**Kell Corrigan Mercer**<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746<br>512-627-3512<br>Fax : 512-597-0767<br>Email: kell.mercer@mercer-law-pc.com<br>*SELF- TERMINATED: 04/11/2025* |
| **Trustee**<br>**Christopher R Murray** | represented by **R. J. Shannon**<br>Shannon & Lee LLP |

012472

Jones Murray LLP
602 Sawyer St
Ste 400
Houston, TX 77007
832-529-1999
*TERMINATED: 03/07/2025*

2100 Travis Street, STE 1525
Houston, TX 77002
713-714-5770
Email: rshannon@shannonleellp.com

*Trustee*
**Eva S Engelhart**
Ross Banks May Cron and Cavin PC
7700 San Felipe
Suite 550
Houston, TX 77063
713-626-1200
*TERMINATED: 03/14/2025*

*Trustee*
**Catherine Stone Curtis**
McGinnis Lochridge
P.O. BOX 720788
McAllen, TX 78504
956-489-5958
*TERMINATED: 03/18/2025*

*Trustee*
**Jose C Rodriguez**
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705
210-738-8881
*TERMINATED: 04/23/2025*

represented by **Jose C Rodriguez**
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705
210-738-8881
Email: jcrodlaw@gmail.com

*Trustee*
**Douglas Brickley**
Stout Risius Ross LLC
1000 Main St
Ste 3200
Houston, TX 77002
713-955-8406

represented by **David L Curry, Jr**
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002
713-228-4100
Fax : 346-247-7158
Email: dcurry@okinadams.com

**J. Kelley Killorin Edwards**
Okin Adams Bartlett Curry LLP
1113 Vine Street
Suite 240
Houston, TX 77002
713-228-4100
Fax : 346-247-7158
Email: kedwards@okinadams.com

**Matthew Scott Okin**
Okin Adams LLP
1113 Vine Street, Suite 240

012473

Houston, TX 77002
713-228-4100
Fax : 346-247-7158
Email: mokin@okinadams.com

**Timothy L. Wentworth**
Okin Adams, LLP
1113 Vine St., Suite 240
Houston, TX 77002
713-228-4100
Fax : 346-247-7158
Email: twentworth@okinadams.com

| | | |
|---|---|---|
| **U.S. Trustee**<br>**US Trustee, 7**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650 | represented by | **Jana Smith Whitworth**<br>Office of United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>(713) 718-4650<br>Fax : (713) 718-4670<br>Email: jana.whitworth@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/04/2024 | 1<br>(4 pgs) | Involuntary Petition under Chapter 11 (Non-Individual) ( Filing Fee: $ 1738.00 ) Re: Jetall Companies Filed by Petitioning Creditor(s): Jetall Companies. (Palavan, Shea) [Transferred from Texas Western on 12/6/2024.] (Entered: 12/04/2024) |
| 12/04/2024 | | ICC-Fee Terminated for Involuntary Petition Chapter 11( 24-11544) [misc,involp11] (1738.00), Amount $1738.00, Receipt A24953898 (re:Doc1) (U.S. Treasury) [Transferred from Texas Western on 12/6/2024.] (Entered: 12/04/2024) |
| 12/06/2024 | | Notice of Appearance and Request for Notice (no PDF) Filed by UST Shane P. Tobin (Tobin, Shane) [Transferred from Texas Western on 12/6/2024.] (Entered: 12/06/2024) |
| 12/06/2024 | 2<br>(1 pg) | Order Transferring Case To The Southern District Of Texas (Order entered on 12/6/2024) (Boyd, Laurie) [Transferred from Texas Western on 12/6/2024.] (Entered: 12/06/2024) |
| 12/06/2024 | 3<br>(1 pg) | Case transferred-in from Texas Western court. Case number: 1:24-bk-11544. Original file, certified copy of transfer order and docket sheet received. (Entered: 12/06/2024) |
| 12/06/2024 | 4<br>(1 pg) | Order Annulling Automatic Stay Signed on 12/6/2024 (Related document(s):1 Involuntary Petition (Chapter 11)) (srh4) (Entered: 12/06/2024) |
| 12/07/2024 | | Notice of Appearance and Request for Notice Filed by Jana Smith Whitworth (Whitworth, Jana) (Entered: 12/07/2024) |

| 12/08/2024 | 5<br>(2 pgs) | BNC Certificate of Mailing. (Related document(s):4 Generic Order) No. of Notices: 1. Notice Date 12/08/2024. (Admin.) (Entered: 12/08/2024) |
|---|---|---|
| 12/09/2024 | 6<br>(6 pgs) | Amended Petition *(Amended Involuntary Petition adding creditor and counsel for Petitioning Creditors)* (Filed By M. Nasr & Partners, PC, EAO Global LLC ). (Mercer, Kell) (Entered: 12/09/2024) |
| 12/09/2024 | 7<br>(2 pgs) | Request for Issuance of Summons on Jetall Companies, Inc.. (Filed By EAO Global LLC, M. Nasr & Partners, PC ). (Mercer, Kell) (Entered: 12/09/2024) |
| 12/10/2024 | 8 | No Creditor Mailing List (rlt5) (Entered: 12/10/2024) |
| 12/11/2024 | 9<br>(2 pgs) | Summons Issued on Jetall Companies Date Issued 12/11/2024. (jm4) (Entered: 12/11/2024) |
| 12/11/2024 | 10<br>(2 pgs) | Summons Service Executed in an Involuntary Case on Jetall Companies 12/11/2024, Answer Due 1/2/2025 (Filed By EAO Global LLC ; M. Nasr & Partners, PC ). (Mercer, Kell) (Entered: 12/11/2024) |
| 12/13/2024 | 11<br>(1 pg) | Notice of Appearance and Request for Notice Filed by Jeannie Lee Andresen Filed by on behalf of Harris County (Andresen, Jeannie) (Entered: 12/13/2024) |
| 12/16/2024 | 12<br>(1 pg) | Order Annulling Stay Signed on 12/16/2024 (trc4) (Entered: 12/16/2024) |
| 12/18/2024 | 13<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):12 Generic Order) No. of Notices: 2. Notice Date 12/18/2024. (Admin.) (Entered: 12/18/2024) |
| 12/20/2024 | 14<br>(7 pgs; 2 docs) | Motion to Reconsider (related document(s):4 Generic Order). Filed by Debtor Jetall Companies (Attachments: # 1 Proposed Order) (Rayome, Justin) (Entered: 12/20/2024) |
| 12/20/2024 | 15<br>(7 pgs; 2 docs) | Corrected Motion to Reconsider (related document(s):4 Generic Order). Filed by Debtor Jetall Companies (Attachments: # 1 Proposed Order Amended) (Rayome, Justin) (Entered: 12/20/2024) |
| 12/23/2024 | 16<br>(2 pgs) | Supplemental Amended Petition *(adding third Petitioning Creditor, Ron Madriz)* (Filed By Ron Madriz ). (Mercer, Kell) (Entered: 12/23/2024) |
| 12/23/2024 | 17<br>(2 pgs) | Request for Issuance of Summons on Jetall Companies Inc.. (Filed By Ron Madriz ). (Mercer, Kell) (Entered: 12/23/2024) |
| 12/23/2024 | 18<br>(2 pgs) | Order Denying Motion To Reconsider (Related Doc # 15) Signed on 12/23/2024. (trc4) (Entered: 12/23/2024) |
| 12/25/2024 | 19<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):18 Order on Motion To Reconsider) No. of Notices: 3. Notice Date 12/25/2024. (Admin.) (Entered: 12/25/2024) |
| 12/26/2024 | 20<br>(2 pgs) | Involuntary Summons Issued on Jetall Companies (rlm4) (Entered: 12/26/2024) |

| | | |
|---|---|---|
| 12/26/2024 | 📄21<br>(2 pgs) | Summons Service Executed in an Involuntary Case on Jetall Companies 12/26/2024, Answer Due 1/16/2025 (Filed By Ron Madriz ). (Mercer, Kell) (Entered: 12/26/2024) |
| 01/06/2025 | 📄22<br>(5 pgs; 2 docs) | First Notice of Appeal filed. (related document(s):4 Generic Order). Fee Amount $298. Appellant Designation due by 01/21/2025. (Attachments: # 1 Exhibit) (Rayome, Justin) (Entered: 01/06/2025) |
| 01/06/2025 | | Receipt of Notice of Appeal( 24-35761) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A25827871. Fee amount $ 298.00. (U.S. Treasury) (Entered: 01/06/2025) |
| 01/07/2025 | 📄23<br>(1 pg) | Clerk's Notice of Filing of an Appeal. On 01/06/2025, Jetall Companies, Inc. filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 25cv0075. Parties notified (Related document(s):22 Notice of Appeal) (hl4) (Entered: 01/07/2025) |
| 01/09/2025 | 📄24<br>(13 pgs; 3 docs) | Joint Motion to Dismiss/Withdraw Document (related document(s):1 Involuntary Petition (Chapter 11), 6 Amended Petition, 16 Amended Petition). Filed by Petitioning Creditors EAO Global LLC, M. Nasr & Partners, PC, Ron Madriz Hearing scheduled for 2/4/2025 at 11:00 AM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Proposed Order # 2 Service List) (Mercer, Kell) (Entered: 01/09/2025) |
| 01/10/2025 | 📄25<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):23 Clerk's Notice of Filing of an Appeal) No. of Notices: 3. Notice Date 01/10/2025. (Admin.) (Entered: 01/11/2025) |
| 01/16/2025 | 📄26<br>(15 pgs; 2 docs) | Objection (related document(s):24 Motion to Dismiss/Withdraw Document). Filed by National Bank of Kuwait, S.A.K.P., New York Branch (Attachments: # 1 Exhibit A Proposed Order) (Conrad, Charles) (Entered: 01/16/2025) |
| 01/24/2025 | 📄27<br>(1 pg) | Order Resetting Hearing Signed on 1/24/2025 (Related document(s):24 Motion to Dismiss/Withdraw Document) **Hearing rescheduled for 2/10/2025 at 01:00 PM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 01/24/2025) |
| 01/26/2025 | 📄28<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):27 Order Setting Hearing) No. of Notices: 3. Notice Date 01/26/2025. (Admin.) (Entered: 01/26/2025) |
| 01/27/2025 | 📄29<br>(1 pg) | Notice of Deficiency Regarding a Bankruptcy Appeal (Related document(s):22 Notice of Appeal) (hl4) (Entered: 01/27/2025) |
| 01/30/2025 | 📄30<br>(36 pgs; 9 docs) | Objection *of Christopher R. Murray to Joint Motion of Petitioning Creditors to Dismiss Involuntary Petition Against Jetall Companies, Inc.* (related document(s):24 Motion to Dismiss/Withdraw Document). Filed by Christopher R. Murray (Attachments: # 1 Exhibit A - Involuntary Petition in Galleria West Loop Investments, LLC Case (GWLI) # 2 Exhibit B - Joint Motion to Dismiss in GWLI Case # 3 Exhibit C - Order Denying Joint Motion to Dismiss in GWLI Case # 4 Exhibit D - WD Texas Order Dismissing GWLI Voluntary Petition with Prejudice # 5 Exhibit E - A. Choudhri Opposition to Appointment of R. Sommers # 6 Exhibit F - Jetall Companies Opposition to Appointment of R. Sommers # 7 Exhibit G - G. McCubbin Opposition to |

012476

| Date | Document | Description |
|---|---|---|
| | | Appointment of R. Sommers # 8 Exhibit H - PopLabs Invoices) (Shannon, R. J.) (Entered: 01/30/2025) |
| 02/03/2025 | 31 (3 pgs) | Notice of Appearance and Request for Notice Filed by J Eric Lockridge Filed by on behalf of Sonder USA Inc. (Lockridge, J) (Entered: 02/03/2025) |
| 02/04/2025 | 32 (486 pgs; 29 docs) | Witness List, Exhibit List (Filed By National Bank of Kuwait, S.A.K.P., New York Branch ).(Related document(s):24 Motion to Dismiss/Withdraw Document, 27 Order Setting Hearing) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26 # 27 Exhibit 27 # 28 Exhibit 28) (Conrad, Charles) (Entered: 02/04/2025) |
| 02/05/2025 | 33 (3 pgs; 2 docs) | Witness List, Exhibit List (Filed By EAO Global LLC, M. Nasr & Partners, PC, Ron Madriz ).(Related document(s):24 Motion to Dismiss/Withdraw Document) (Attachments: # 1 Service List) (Mercer, Kell) (Entered: 02/05/2025) |
| 02/05/2025 | 34 (261 pgs; 12 docs) | Witness List, Exhibit List (Filed By Christopher R. Murray ).(Related document(s):24 Motion to Dismiss/Withdraw Document) (Attachments: # 1 Exhibit A - Involuntary Petition in the Galleria West Loop Investments, LLC (GWLI) Case # 2 Exhibit B - Joint Motion to Dismiss in GWLI Case # 3 Exhibit C - Order Denying Joint Motion to Dismiss in GWLI Case # 4 Exhibit D - WD Texas Order Dismissing GWLI Voluntary Petition with Prejudice # 5 Exhibit E - A. Choudhri Opposition to Appointment of R. Sommer # 6 Exhibit F - Jetall Companies Opposition to Appointment of R. Sommers # 7 Exhibit G - G. McCubbin Opposition to Appointment of R. Sommers # 8 Exhibit H - PopLabs Invoices # 9 Proof of Claim No. 1 filed by Harris County Taxing Authorities # 10 Proof of Claim No. 2 filed by AMEX # 11 Proof of Claim filed by Trustee Murray) (Shannon, R. J.) (Entered: 02/05/2025) |
| 02/06/2025 | 35 (11 pgs; 2 docs) | Motion for Protective Order Filed by Witness Stephen Sather (Attachments: # 1 Proposed Order) (Sather, Stephen) (Entered: 02/06/2025) |
| 02/06/2025 | 36 (1 pg) | Order Allowing Virtual Appearance (Related Doc # 35) Signed on 2/6/2025. (trc4) (Entered: 02/06/2025) |
| 02/06/2025 | 37 (16 pgs) | Pre Trial Statement (Filed By EAO Global LLC, M. Nasr & Partners, PC, Ron Madriz ).(Related document(s):6 Amended Petition, 16 Amended Petition, 27 Order Setting Hearing) (Mercer, Kell) (Entered: 02/06/2025) |
| 02/07/2025 | 38 (24 pgs; 2 docs) | Objection *of Sonder USA Inc. to Joint Motion of Petitioning Creditors to Dismiss Involuntary Petition Against Jetall Companies, Inc.* (related document(s):24 Motion to Dismiss/Withdraw Document). Filed by Sonder USA Inc. (Attachments: # 1 Exhibit A - Arbitration Demand) (Lockridge, J) (Entered: 02/07/2025) |

| Date | Doc | Description |
|------|-----|-------------|
| 02/07/2025 | 39<br>(3 pgs) | Order Denying Joint Motion to Dismiss and For Order of Relief Signed on 2/7/2025 (Related document(s):24 Motion to Dismiss/Withdraw Document) **Status conference to be held on 4/8/2025 at 11:00 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 02/07/2025) |
| 02/08/2025 | 40<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):36 Order on Motion for Protective Order) No. of Notices: 3. Notice Date 02/08/2025. (Admin.) (Entered: 02/08/2025) |
| 02/09/2025 | 41<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):39 Order Setting Hearing) No. of Notices: 3. Notice Date 02/09/2025. (Admin.) (Entered: 02/09/2025) |
| 02/10/2025 | 42<br>(2 pgs) | Order to Debtor-In-Possession Signed on 2/10/2025 (Related document(s):1 Involuntary Petition (Chapter 11)) **Status conference to be held on 4/8/2025 at 11:00 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 02/10/2025) |
| 02/10/2025 | | Plan or Disclosure Statement Deadline Updated: **Chapter 11 Plan due by 6/10/2025.** Disclosure Statement due by 6/10/2025. (trc4) (Entered: 02/10/2025) |
| 02/12/2025 | 43<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):42 Order Setting Hearing) No. of Notices: 3. Notice Date 02/12/2025. (Admin.) (Entered: 02/12/2025) |
| 02/13/2025 | 44<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Charles Clayton Conrad Filed by on behalf of Houston 2425 Galleria, LLC, National Bank of Kuwait, S.A.K.P., New York Branch (Conrad, Charles) (Entered: 02/13/2025) |
| 02/21/2025 | 45<br>(6 pgs; 2 docs) | Notice of Appeal filed. (related document(s):39 Order Setting Hearing). Fee Amount $298. Appellant Designation due by 03/7/2025. (Attachments: # 1 Exhibit 1) (Rayome, Justin) (Entered: 02/21/2025) |
| 02/21/2025 | | Receipt of Notice of Appeal( 24-35761) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A25941259. Fee amount $ 298.00. (U.S. Treasury) (Entered: 02/21/2025) |
| 02/21/2025 | 46 | Election to Appeal to District Court *for the Southern District of Texas*. (Rayome, Justin) (Entered: 02/21/2025) |
| 02/21/2025 | 47<br>(6 pgs; 2 docs) | Amended Notice of Appeal filed. (related document(s):39 Order Setting Hearing). Fee Amount $298. Appellant Designation due by 03/7/2025. (Attachments: # 1 Exhibit 1) (Rayome, Justin) (Entered: 02/21/2025) |

012478

| Date | Doc | Description |
|---|---|---|
| 02/22/2025 | 48<br>(550 pgs; 11 docs) | Joint Motion to Convert Case from Chapter 11 to Chapter 7 *National Bank of Kuwait, S.A.K.P., New York Branch, Houston 2425 Galleria, LLC, and Christopher R. Murray, Liquidation Trustee's Joint Motion to Convert Case to Chapter 7.* Fee Amount $15. Filed by Creditors Houston 2425 Galleria, LLC, National Bank of Kuwait, S.A.K.P., New York Branch Hearing scheduled for 3/18/2025 at 11:00 AM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Exhibit A Conrad Declaration # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8 # 10 Exhibit B Proposed Order) (Troop, Andrew) (Entered: 02/22/2025) |
| 02/22/2025 | | Receipt of Motion to Convert Case from Chapter 11 to Chapter 7( 24-35761) [motion,mcnv7] ( 15.00) Filing Fee. Receipt number A25942189. Fee amount $ 15.00. (U.S. Treasury) (Entered: 02/22/2025) |
| 02/23/2025 | | Receipt of Notice of Appeal( 24-35761) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A25942678. Fee amount $ 298.00. (U.S. Treasury) (Entered: 02/23/2025) |
| 02/24/2025 | 49<br>(1 pg) | Order on Joint Motion to Convert Signed on 2/24/2025 (Related document(s):48 Motion to Convert Case from Chapter 11 to Chapter 7) Two days have been made available for the setting. This is an in-person hearing. **Evidentiary Hearing scheduled for 3/20/2025 at 09:00 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 02/24/2025) |
| 02/24/2025 | 50<br>(1 pg) | Clerk's Notice of Filing of an Appeal. On 02-21-2025, Jetall Companies, Inc. filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 4:25-0809. Parties notified (Related document(s):45 Notice of Appeal) (hl4) (Entered: 02/24/2025) |
| 02/26/2025 | 51<br>(2 pgs) | Certificate *of Service* (Filed By Houston 2425 Galleria, LLC, National Bank of Kuwait, S.A.K.P., New York Branch ).(Related document(s):48 Motion to Convert Case from Chapter 11 to Chapter 7, 49 Order Setting Hearing) (Troop, Andrew) (Entered: 02/26/2025) |
| 02/26/2025 | 52<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):49 Order Setting Hearing) No. of Notices: 3. Notice Date 02/26/2025. (Admin.) (Entered: 02/26/2025) |
| 02/26/2025 | 53<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):50 Clerk's Notice of Filing of an Appeal) No. of Notices: 3. Notice Date 02/26/2025. (Admin.) (Entered: 02/26/2025) |
| 02/28/2025 | 54<br>(72 pgs; 6 docs) | *Emergency Motion to Compel (I) Production of Documents and (II) Ali Choudhri to Appear Individually and as Representative at Depositions and Evidentiary Hearing on Motion to Convert to Chapter 7 (Relates to ECF No. 48)* Filed by Creditor National Bank of Kuwait, S.A.K.P., New York Branch (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E Proposed Order) (Troop, Andrew) (Entered: 02/28/2025) |
| 02/28/2025 | 55<br>(1 pg) | Order Setting Hearing Signed on 2/28/2025 (Related document(s):54 Emergency Motion to Compel) **Hearing scheduled for 3/3/2025 at 01:30 PM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 02/28/2025) |

| | | |
|---|---|---|
| 02/28/2025 | 🔵 56<br>(5 pgs) | Notice *Notice of Hearing on NBK's Emergency Motion to Compel (I) Production of Documents and (II) Ali Choudhri to Appear Individually and as Representative at Depositions and Evidentiary Hearing on Motion to Convert to Chapter 7*. (Related document(s):54 Emergency Motion, 55 Order Setting Hearing) Filed by National Bank of Kuwait, S.A.K.P., New York Branch (Troop, Andrew) (Entered: 02/28/2025) |
| 03/03/2025 | 🔵 57<br>(3 pgs) | Response *to Emergency Motion to Compel* (related document(s):54 Emergency Motion). Filed by Jetall Companies (Rayome, Justin) (Entered: 03/03/2025) |
| 03/03/2025 | ⚫ 58 | Courtroom Minutes. Time Hearing Held: 1:30. Appearances: Justin Rayome for Jettall, James Dickson and Andrew Troop for National Bank Kuwait RJ Shannon for Chris Murray U.S. Trustee Jana Whitworth. (Related document(s):54 Emergency Motion) Court gives 24 hours to reach agreement. If parties reach agreement an agreed order to be submitted. **Continued Hearing scheduled for 3/6/2025 at 09:30 AM at telephone and video conference.** (srh4) (Entered: 03/03/2025) |
| 03/03/2025 | 🔵 59<br>(1 pg) | Order on Motion Signed on 3/3/2025 (Related document(s):54 Emergency Motion to Compel) Hearing continued to March 6, 2025 at 9:30 am. Virtual Appearances only. (trc4) Modified on 3/5/2025 (trc4). (Entered: 03/03/2025) |
| 03/03/2025 | 🔵 60<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 3/3/2025 1:34:47 PM ]. File Size [ 4433 KB ]. Run Time [ 00:09:14 ]. (admin). (Entered: 03/03/2025) |
| 03/04/2025 | 🔵 61<br>(1 pg) | Notice of Appearance and Request for Notice Filed by AMEX TRS Co., Inc. (Bharatia, Shraddha) (Entered: 03/04/2025) |
| 03/05/2025 | 🔵 62<br>(45 pgs; 4 docs) | Notice *Notice of Depositions and Document Requests of Petitioning Creditors*. (Related document(s):49 Order Setting Hearing) Filed by National Bank of Kuwait, S.A.K.P., New York Branch (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Troop, Andrew) (Entered: 03/05/2025) |
| 03/05/2025 | 🔵 63<br>(19 pgs; 4 docs) | Status Report (Filed By National Bank of Kuwait, S.A.K.P., New York Branch ).(Related document(s):48 Motion to Convert Case from Chapter 11 to Chapter 7, 54 Emergency Motion, 59 Generic Order) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Troop, Andrew) (Entered: 03/05/2025) |
| 03/05/2025 | 🔵 64<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):55 Order Setting Hearing) No. of Notices: 3. Notice Date 03/05/2025. (Admin.) (Entered: 03/05/2025) |
| 03/05/2025 | 🔵 65<br>(3 pgs) | BNC Certificate of Mailing. (Related document(s):59 Generic Order) No. of Notices: 3. Notice Date 03/05/2025. (Admin.) (Entered: 03/05/2025) |
| 03/06/2025 | 🔵 66<br>(5 pgs) | Supplemental Response *to NBK's Motion to Compel* (related document(s):54 Emergency Motion). Filed by Jetall Companies (Rayome, Justin) (Entered: 03/06/2025) |

| | | |
|---|---|---|
| 03/06/2025 | ⚫67 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: Justin Rayome for the Debtor, Andrew Troop for National Bank of Kuwait, R.J. Shannon for Trustee, U.S. Jana Whitworth. (Related document(s):54 Emergency Motion) Emergency hearing held. Parties presented argument. U.S. Trustee made oral motion to convert case to Chapter 7. Court grants oral motion on the record. Court to enter order converting case to chapter 7, rendering Motion to Compel as moot. (srh4) (Entered: 03/06/2025) |
| 03/06/2025 | ⚫68 (2 pgs) | Order Converting Case to Chapter 7 Signed on 3/6/2025. US Trustee to appoint Chapter 7 Trustee. 54 Emergency Motion to Compel is deemed as Moot. March 20, 2025 hearing is struck from the docket. (trc4) (Entered: 03/06/2025) |
| 03/06/2025 | ⚫69 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 3/6/2025 9:30:27 AM ]. File Size [ 10593 KB ]. Run Time [ 00:22:04 ]. (admin). (Entered: 03/06/2025) |
| 03/06/2025 | ⚫70 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Expedited (7 days)) by National Bank of Kuwait, S.A.K.P., New York Branch / Andrew Troop. This is to order a transcript of Hearings on March 3, 2025 and March 6, 2025 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Veritext Legal Solutions (Filed By National Bank of Kuwait, S.A.K.P., New York Branch ). (Troop, Andrew) Electronically forwarded to Vertiext on 3/10/2025. Estimated completion date 3/17/2025. Modified on 3/10/2025 (anc4). (Entered: 03/06/2025) |
| 03/06/2025 | ⚫71 (45 pgs; 4 docs) | Notice *Notice of Cancellation of Depositions and Document Requests of Petitioning Creditors*. (Related document(s):62 Notice) Filed by National Bank of Kuwait, S.A.K.P., New York Branch (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Troop, Andrew) (Entered: 03/06/2025) |
| 03/07/2025 | ⚫72 (1 pg) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee, Proof of Claim deadline not set. 341(a) meeting to be held on 4/8/2025 at 11:30 AM, via Zoom - Murray: Meeting ID 896 936 5074, Passcode 4689798715, Phone 1 956 597 2753. (sat4) (Entered: 03/07/2025) |
| 03/07/2025 | ⚫73 (1 pg) | Trustee's Rejection of Appointment. Trustee Christopher R Murray removed from the case. (Whitworth, Jana) (Entered: 03/07/2025) |
| 03/07/2025 | ⚫ | Pursuant to 11 U.S.C. 703, Eva S Engelhart is appointed successor trustee in the above captioned case and is hereby designated to preside at the meeting of creditors held pursuant to 11 U.S.C. 341(a). Pursuant to Bankruptcy Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the trustee rejects this appointment, the trustee must notify the Court and the United States Trustee. The bond for this case will be included under the trustees existing blanket bond. (Whitworth, Jana) (Entered: 03/07/2025) |
| 03/08/2025 | ⚫74 (7 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):39 Order Setting Hearing). (Rayome, Justin) (Entered: 03/08/2025) |

| 03/08/2025 | 🔵75 (4 pgs) | BNC Certificate of Mailing. (Related document(s):68 Order Converting Case to Chapter 7) No. of Notices: 3. Notice Date 03/08/2025. (Admin.) (Entered: 03/08/2025) |
|---|---|---|
| 03/09/2025 | 🔵76 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):72 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 10. Notice Date 03/09/2025. (Admin.) (Entered: 03/10/2025) |
| 03/13/2025 | 🔵77 (1 pg) | Order Canceling Status Conferences Signed on 3/13/2025. (trc4) (Entered: 03/13/2025) |
| 03/13/2025 | 🔵78 (1 pg) | Notice of Deficiency Regarding a Bankruptcy Appeal (Related document(s):45 Notice of Appeal) (hl4) (Entered: 03/13/2025) |
| 03/14/2025 | 🔵79 (1 pg) | Trustee's Rejection of Appointment. Trustee Eva S Engelhart removed from the case. (Travis, Christopher) (Entered: 03/14/2025) |
| 03/15/2025 | 🔵80 (3 pgs) | BNC Certificate of Mailing. (Related document(s):77 Generic Order) No. of Notices: 3. Notice Date 03/15/2025. (Admin.) (Entered: 03/15/2025) |
| 03/15/2025 | 🔵81 (3 pgs) | BNC Certificate of Mailing. (Related document(s):78 Notice of Deficiency Regarding a Bankruptcy Appeal) No. of Notices: 3. Notice Date 03/15/2025. (Admin.) (Entered: 03/15/2025) |
| 03/17/2025 | 🔵82 (2 pgs) | Notice of Appearance and Request for Notice Filed by Thomas Michael Ballases Filed by on behalf of Osama Abdullatif, Omar Khawaja, John Quinlan (Ballases, Thomas) (Entered: 03/17/2025) |
| 03/17/2025 | 🔵83 (2 pgs) | Notice of Appearance and Request for Notice Filed by Christopher James Kronzer Filed by on behalf of Osama Abdullatif, Omar Khawaja, John Quinlan (Kronzer, Christopher) (Entered: 03/17/2025) |
| 03/17/2025 | 🔵84 (2 pgs) | ***DOCKETED IN ERROR - to be refiled***Notice of Appearance and Request for Notice Filed by Angeline Vachris Kell Filed by on behalf of Osama Abdullatif, Omar Khawaja, John Quinlan (Kell, Angeline)Modified on 3/17/2025 (rlm4). (Entered: 03/17/2025) |
| 03/17/2025 | 🔵85 (2 pgs) | Notice of Appearance and Request for Notice Filed by Angeline Vachris Kell Filed by on behalf of Osama Abdullatif, Omar Khawaja, John Quinlan (Kell, Angeline) (Entered: 03/17/2025) |
| 03/17/2025 | 🔵 | Notice of Appointment of Successor Trustee. Trustee Catherine Stone Curtis added to the case. (jm4) (Entered: 03/17/2025) |
| 03/17/2025 | 🔵86 (1 pg) | Meeting of Creditors Reset 341(a) meeting to be held on 4/23/2025 at 12:30 PM, via Zoom - Curtis: Meeting ID 226 275 2576, Passcode 3292237658, Phone 1 956 597 3216. (jm4) (Entered: 03/17/2025) |
| 03/17/2025 | 🔵87 (1 pg) | Order Setting Virtual Status Conference Signed on 3/17/2025. **Status conference to be held on 3/24/2025 at 09:30 AM at telephone and video conference.** (trc4) (Entered: 03/17/2025) |

| | | |
|---|---|---|
| 03/17/2025 | 88 (11 pgs; 2 docs) | Transcript RE: hearing held on 3/3/25 before Judge JEFFREY P. NORMAN. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 06/16/2025. (VeritextLegalSolutions) (Entered: 03/17/2025) |
| 03/17/2025 | 89 (20 pgs; 2 docs) | Transcript RE: hearing held on 3/6/25 before Judge JEFFREY P. NORMAN. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 06/16/2025. (VeritextLegalSolutions) (Entered: 03/17/2025) |
| 03/18/2025 | 90 (1 pg) | Trustee's Rejection of Appointment. (Whitworth, Jana) (Entered: 03/18/2025) |
| 03/19/2025 | 91 (1 pg) | Order Requesting Appearance of US Trustee Representative Signed on 3/19/2025 (Related document(s):87 Order Setting Hearing) (trc4) (Entered: 03/19/2025) |
| 03/19/2025 | 92 (1 pg) | US Trustee's Notice *of Appointment of Jose C. Rodriguez as Successor Chapter 7 Trustee*. (Whitworth, Jana) (Entered: 03/19/2025) |
| 03/19/2025 | | Jose C Rodriguez added to case (rbw4) (Entered: 03/19/2025) |
| 03/19/2025 | 93 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):86 Meeting of Creditors Reset) No. of Notices: 12. Notice Date 03/19/2025. (Admin.) (Entered: 03/19/2025) |
| 03/19/2025 | 94 (4 pgs) | BNC Certificate of Mailing. (Related document(s):87 Order Setting Hearing) No. of Notices: 3. Notice Date 03/19/2025. (Admin.) (Entered: 03/19/2025) |
| 03/20/2025 | 95 (1 pg) | Order Authorizing Trustee to Appear Virtually Signed on 3/20/2025 (Related document(s):87 Order Setting Hearing) (srh4) (Entered: 03/20/2025) |
| 03/20/2025 | 96 (4 pgs) | BNC Certificate of Mailing. (Related document(s):88 Transcript) No. of Notices: 3. Notice Date 03/20/2025. (Admin.) (Entered: 03/20/2025) |
| 03/20/2025 | 97 (4 pgs) | BNC Certificate of Mailing. (Related document(s):89 Transcript) No. of Notices: 3. Notice Date 03/20/2025. (Admin.) (Entered: 03/20/2025) |
| 03/21/2025 | 98 (4 pgs) | BNC Certificate of Mailing. (Related document(s):91 Generic Order) No. of Notices: 3. Notice Date 03/21/2025. (Admin.) (Entered: 03/21/2025) |
| 03/21/2025 | 99 (4 pgs) | BNC Certificate of Mailing. (Related document(s):92 US Trustee's Notice) No. of Notices: 4. Notice Date 03/21/2025. (Admin.) (Entered: 03/21/2025) |

| Date | Doc | Description |
|---|---|---|
| 03/22/2025 | 100<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):95 Generic Order) No. of Notices: 4. Notice Date 03/22/2025. (Admin.) (Entered: 03/22/2025) |
| 03/24/2025 | 101 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: RJ Shannon for Chris Murray, Andrew Troop for National Bank of Kuwait, Chapter 7 Trustee Jose Rodriguez, U.S. Trustee Jana Whitworth, Michael Ballases for John Quinlan/Omar Khawaja/Osama Abdullatif, Bruce Ruzinksy for Jackson Walker. (Related document(s):1 Involuntary Petition (Chapter 11)) Status Conference held. Parties provided updates for the newly appointed Chapter 7 Trustee. Court will enter show cause order and continue status conference. Status conference to be held on 3/28/2025 at 09:30 AM at Houston, Courtroom 403 (JPN). (srh4) (Entered: 03/24/2025) |
| 03/24/2025 | 102<br>(2 pgs) | Show Cause Order Signed on 3/24/2025. **Show Cause hearing to be held on 3/28/2025 at 09:30 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 03/24/2025) |
| 03/24/2025 | 103<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 3/24/2025 9:29:07 AM ]. File Size [ 12257 KB ]. Run Time [ 00:25:32 ]. (admin). (Entered: 03/24/2025) |
| 03/24/2025 | 104<br>(1 pg) | MOTION to Appear Pro Hac Vice for Jose C. Rodriguez (Fee Exempt) Filed by Trustee Jose C Rodriguez (Rodriguez, Jose) (Entered: 03/24/2025) |
| 03/24/2025 | 105<br>(1 pg) | Order Granting Motion for Jose C. Rodriguez To Appear pro hac vice (Related Doc # 104) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 3/24/2025. (trc4) (Entered: 03/24/2025) |
| 03/26/2025 | 106<br>(6 pgs; 3 docs) | Motion to Withdraw as Attorney. Objections/Request for Hearing Due in 21 days. Filed by Attorney Kell Mercer Hearing scheduled for 4/29/2025 at 01:30 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Proposed Order # 2 Service List) (Mercer, Kell) (Entered: 03/26/2025) |
| 03/26/2025 | 107<br>(2 pgs; 2 docs) | Meeting of Creditors Reset 341(a) meeting to be held on 4/22/2025 at 01:00 PM, via Zoom - Rodriguez: Meeting ID 737 113 8071, Passcode 8075642534, Phone 1 737 295 2018. (rbw4) (Entered: 03/26/2025) |
| 03/26/2025 | 108<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):105 Order on Motion to Appear pro hac vice) No. of Notices: 3. Notice Date 03/26/2025. (Admin.) (Entered: 03/26/2025) |
| 03/26/2025 | 109<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):102 Order to Show Cause) No. of Notices: 3. Notice Date 03/26/2025. (Admin.) (Entered: 03/26/2025) |
| 03/27/2025 | 110<br>(3 pgs) | **Creditor Mailing Matrix. NO SCHEDULES FILED*** Schedule D Non-Individual- Creditors Having Claims Secured by Property , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Schedule H Non-Individual- Codebtors (Filed By Jetall Companies ). (Rayome, Justin )Modified on 3/28/2025 (trc4). (Entered: 03/27/2025) |

| | | |
|---|---|---|
| 03/28/2025 | 111 (2 pgs) | Notice of the Reset Meeting of Creditors Signed on 3/28/2025 (Related document(s):107 Meeting of Creditors Reset) (trc4) (Entered: 03/28/2025) |
| 03/28/2025 | | Remark - Meeting of Creditors Notice # 107 re-submitted to BNC for noticing to full creditor mailing list (rbw4) (Entered: 03/28/2025) |
| 03/28/2025 | 112 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: Charles Conrad with Reed Trechter and James Dickinson for Nation Bank of Kuwait, Houston 2425 Galleria, U.S. Trustee Jana Whitworth, Chapter 7 Trustee Jose Rodriguez, Michael Ballases for John Quinlan, Omar Khawja, Osam Abdullatif, Bruce Ruzinsky for Jackson Walker, R.J. Shannon for Chris Murray, Justin Rayome for Jetall Companies, Eric Lockridge for Sonder USA Inc.. (Related document(s):1 Involuntary Petition (Chapter 11), 102 Order to Show Cause) Status and Show Cause hearing held. Court noted a creditor matrix was filed and the 341 meeting has been reset. Court directed debtor to have schedules and statement filed within a week. No action taken on status conference. No action taken on show cause. (srh4) (Entered: 03/28/2025) |
| 03/28/2025 | 113 (1 pg) | PDF with attached Audio File. Court Date & Time [ 3/28/2025 9:29:10 AM ]. File Size [ 6369 KB ]. Run Time [ 00:13:16 ]. (admin). (Entered: 03/28/2025) |
| 03/28/2025 | 114 (4 pgs) | Certificate of Service (Supplemental) (Filed By Kell Mercer ).(Related document(s):106 Motion to Withdraw as Attorney) (Mercer, Kell) (Entered: 03/28/2025) |
| 03/28/2025 | 115 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):107 Meeting of Creditors Reset) No. of Notices: 15. Notice Date 03/28/2025. (Admin.) (Entered: 03/28/2025) |
| 03/30/2025 | 116 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):107 Meeting of Creditors Reset) No. of Notices: 45. Notice Date 03/30/2025. (Admin.) (Entered: 03/30/2025) |
| 03/30/2025 | 117 (5 pgs) | BNC Certificate of Mailing. (Related document(s):111 Order to Show Cause) No. of Notices: 4. Notice Date 03/30/2025. (Admin.) (Entered: 03/30/2025) |
| 04/04/2025 | 118 (8 pgs) | Schedule A/B: Property for Non-Individual *Jetall Companies, Inc.* (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/04/2025) |
| 04/08/2025 | 119 (1 pg) | Order to Show Cause Signed on 4/8/2025 . **Show Cause hearing to be held on 4/11/2025 at 09:30 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 04/08/2025) |
| 04/10/2025 | 120 (4 pgs) | BNC Certificate of Mailing. (Related document(s):119 Order to Show Cause) No. of Notices: 4. Notice Date 04/10/2025. (Admin.) (Entered: 04/10/2025) |
| 04/11/2025 | 121 (1 pg) | Order Denying Motion To Withdraw As Counsel in Part (Related Doc # 106) Signed on 4/11/2025. (trc4) (Entered: 04/11/2025) |
| 04/11/2025 | 122 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: Charles Conrad and Andrew Troop for National Bank of Kuwait, U.S. Trustee Jana |

012485

| | | |
|---|---|---|
| | | Whitworth, Justin Rayome for Jetall Companies, Gia Samavati for Ali Choudhri, Michael Ballases for Osuma Abdullatif Witness : Osuma Abdullatif, Charles Conrad, Justin Rayome. (Related document(s):119 Order to Show Cause) Show Cause hearing held. Court find Jetall in contempt. Court gives Ali Choudhri until 5:00 PM today to file schedules and statement of financial affairs. Court orders Jetall Companies, Ali Choudhri to appear in courtroom 04/16/2025 at 9:00 AM. If debtor is not in compliance, court have the U.S. Marshal's take debtor into custody. (srh4) (Entered: 04/11/2025) |
| 04/11/2025 | 123<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 4/11/2025 9:30:01 AM ]. File Size [ 33922 KB ]. Run Time [ 01:10:40 ]. (admin). (Entered: 04/11/2025) |
| 04/11/2025 | 124<br>(2 pgs) | Order Finding Debtor in Contempt Signed on 4/11/2025 (Related document(s):119 Order to Show Cause) ORDERED that the debtor must file complete schedules and a statement of financial affairs by 5:00 p.m., today, April 11, 2025. **Status conference to be held on 4/16/2025 at 09:00 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 04/11/2025) |
| 04/11/2025 | 125<br>(39 pgs) | Schedule A/B: Property Non-Individual , Schedule D Non-Individual-Creditors Having Claims Secured by Property , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Schedule H Non-Individual- Codebtors , Statement of Financial Affairs for Non-Individual (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/11/2025) |
| 04/11/2025 | 126<br>(2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Justin Rayome. This is to order a transcript of Show Cause Hearing; April 11, 2025 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Jetall Companies ). (Rayome, Justin) Requested transcription company unable to accept transcript request. All transcription companies are unable to process a daily turnaround. Only able to do a 3-day. Electronically forwarded to Veritext Legal Solutions on 4/14/2025. Estimated completion date: 4/17/2025. Modified on 4/14/2025 (anc4) (Entered: 04/11/2025) |
| 04/13/2025 | 127<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):121 Order on Motion to Withdraw as Attorney) No. of Notices: 4. Notice Date 04/13/2025. (Admin.) (Entered: 04/13/2025) |
| 04/13/2025 | 128<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):124 Order Setting Hearing) No. of Notices: 4. Notice Date 04/13/2025. (Admin.) (Entered: 04/13/2025) |
| 04/15/2025 | 129<br>(5 pgs) | Original file date 01/26/2025 in civil case - Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):22 Notice of Appeal). (hl4)Modified on 4/15/2025 (hl4). (Entered: 04/15/2025) |
| 04/15/2025 | | NOA 22 Ready to be transmitted to the District Court (hl4) (Entered: 04/15/2025) |
| 04/15/2025 | | Amended NOA 47 filed in 25cv809 (hl4) Original file date 02/24/2025 (Entered: 04/15/2025) |

| | | |
|---|---|---|
| 04/15/2025 | ⬤[130](#)<br>(9 pgs) | US Trustee's Notice *of the Meeting of Creditors and Election for Replacement Chapter 7 Trustee - via ZOOM: Meeting ID 737 113 8071; Passcode 8075642534.* (Whitworth, Jana) (Entered: 04/15/2025) |
| 04/15/2025 | ⬤[131](#)<br>(4 pgs) | Motion *for Relief from Order to File Schedules* Filed by Debtor Jetall Companies (Rayome, Justin) (Entered: 04/15/2025) |
| 04/16/2025 | ⬤[132](#)<br>(1 pg) | Order Denying Motion for Relief from Order (Related Doc # [131](#)) Signed on 4/16/2025. (trc4) (Entered: 04/16/2025) |
| 04/16/2025 | ⬤ 133 | Courtroom Minutes. Time Hearing Held: 9:00. Appearances: Charles Conrad for National Bank of Kuwait and 2425 Galleria, Justin Rayome for Jetall Companies, Gia Samavati for Ali Choudhri Chapter 7 Trustee Jose Rodriguez, Michael Ballasess for John Quinlan, Omar Khawwaja, Osama Abdullatif. (Related document(s):[119](#) Order to Show Cause) Status Conference held. Court finds Ali Choudhri not incompliance with Show Cause Order. Court will issue Bench Warrant. Ali Choudhri to self-report by 9:00 AM. (srh4) (Entered: 04/16/2025) |
| 04/16/2025 | ⬤[134](#)<br>(1 pg) | 🔊 ***INCORRECT AUDIO**PDF with attached Audio File. Court Date & Time [ 4/16/2025 9:01:23 AM ]. File Size [ 33922 KB ]. Run Time [ 01:10:40 ]. (admin).Modified on 4/16/2025 (srh4). (Entered: 04/16/2025) |
| 04/16/2025 | ⬤[135](#)<br>(2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Justin Rayome. This is to order a transcript of Status Hearing; 04/16/2025 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Jetall Companies ). (Rayome, Justin) Requested transcription company unable to accept the order, and no transcription companies able to do daily turn-around, and only offered a expedited turn around. Electronically forwarded to Veritext Legal Solutions on 4/17/2025. Estimated completion date: 4/21/2025 per transcription company. Modified on 4/17/2025 (anc4). (Entered: 04/16/2025) |
| 04/16/2025 | ⬤[136](#)<br>(2 pgs) | Arrest Warrant Signed on 4/16/2025. Hand delivered to US Marshals Office. (trc4) (Entered: 04/16/2025) |
| 04/16/2025 | ⬤[137](#)<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 4/16/2025 9:01:23 AM ]. File Size [ 2656 KB ]. Run Time [ 00:05:32 ]. (admin). (Entered: 04/16/2025) |
| 04/16/2025 | ⬤[138](#)<br>(63 pgs; 2 docs) | Transcript RE: held on 04/11/25 before Judge JEFFREY P. NORMAN. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 07/15/2025. (VeritextLegalSolutions) (Entered: 04/16/2025) |
| 04/17/2025 | ⬤[139](#)<br>(7 pgs) | Emergency Motion *for Entry onto Property* Filed by Debtor Jetall Companies (Rayome, Justin) (Entered: 04/17/2025) |
| 04/17/2025 | ⬤[140](#)<br>(48 pgs) | Amended Schedule A/B: Property Non-Individual , Amended Schedule D Non-Individual- Creditors Having Claims Secured by Property , Amended Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Amended Schedule G Non-Individual- Executory Contracts and |

| | | |
|---|---|---|
| | | Unexpired Leases , Amended Schedule H Non-Individual- Codebtors , Statement of Financial Affairs for Non-Individual (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/17/2025) |
| 04/17/2025 | 141 (8 pgs) | Emergency Motion *for Release from Custody* Filed by Debtor Jetall Companies (Rayome, Justin) (Entered: 04/17/2025) |
| 04/17/2025 | 142 (1 pg) | Order Setting Hearing Signed on 4/17/2025 (Related document(s):141 Emergency Motion for Release from Custody **Hearing scheduled for 4/21/2025 at 09:00 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 04/17/2025) |
| 04/17/2025 | 143 (2 pgs) | Order Denying Motion Without Prejudice (Related Doc # 139 Emergency Motion for Entry of Property) Signed on 4/17/2025. (trc4) (Entered: 04/17/2025) |
| 04/18/2025 | 144 (6 pgs; 2 docs) | Notice *of Hearing*. (Related document(s):142 Order Setting Hearing) Filed by Jetall Companies (Attachments: # 1 Exhibit A) (Rayome, Justin) (Entered: 04/18/2025) |
| 04/18/2025 | 145 (10 pgs; 2 docs) | Response *to Choudhri's Emergency Motion for Release from Contempt* (related document(s):141 Emergency Motion). Filed by Osama Abdullatif, Omar Khawaja, John Quinlan (Attachments: # 1 Exhibit 1) (Ballases, Thomas) (Entered: 04/18/2025) |
| 04/18/2025 | 146 (5 pgs) | Response *NBK's Statement in Response to Ali Choudhri's Emergency Motion for Release from Custody* (related document(s):141 Emergency Motion). Filed by National Bank of Kuwait, S.A.K.P., New York Branch (Conrad, Charles) (Entered: 04/18/2025) |
| 04/18/2025 | 147 (10 pgs) | Amended Emergency Motion *for Entry onto Property* Filed by Creditor Ali Choudhri (Rayome, Justin) (Entered: 04/18/2025) |
| 04/18/2025 | 148 (4 pgs) | BNC Certificate of Mailing. (Related document(s):132 Generic Order) No. of Notices: 4. Notice Date 04/18/2025. (Admin.) (Entered: 04/18/2025) |
| 04/18/2025 | 149 (5 pgs) | BNC Certificate of Mailing. (Related document(s):136 Generic Order) No. of Notices: 4. Notice Date 04/18/2025. (Admin.) (Entered: 04/18/2025) |
| 04/18/2025 | 150 (12 pgs) | BNC Certificate of Mailing. (Related document(s):130 US Trustee's Notice) No. of Notices: 36. Notice Date 04/18/2025. (Admin.) (Entered: 04/18/2025) |
| 04/19/2025 | 151 (4 pgs) | BNC Certificate of Mailing. (Related document(s):138 Transcript) No. of Notices: 4. Notice Date 04/19/2025. (Admin.) (Entered: 04/19/2025) |
| 04/19/2025 | 152 (4 pgs) | BNC Certificate of Mailing. (Related document(s):142 Order Setting Hearing) No. of Notices: 4. Notice Date 04/19/2025. (Admin.) (Entered: 04/19/2025) |
| 04/19/2025 | 153 (5 pgs) | BNC Certificate of Mailing. (Related document(s):143 Order on Emergency Motion) No. of Notices: 4. Notice Date 04/19/2025. (Admin.) (Entered: 04/19/2025) |

| Date | Doc | Description |
|---|---|---|
| 04/21/2025 | 154<br>(48 pgs) | Amended Schedule A/B: Property Non-Individual , Amended Schedule D Non-Individual- Creditors Having Claims Secured by Property , Amended Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Amended Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Amended Schedule H Non-Individual- Codebtors , Statement of Financial Affairs for Non-Individual (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/21/2025) |
| 04/21/2025 | 155<br>(1 pg) | Order Denying Emergency Motion (Related Doc # 141) Signed on 4/21/2025. (trc4) (Entered: 04/21/2025) |
| 04/21/2025 | 156<br>(1 pg) | Order Setting Hearing Signed on 4/21/2025 (Related document(s):147 Emergency Motion for Entry Onto Property) **Hearing scheduled for 4/25/2025 at 09:30 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 04/21/2025) |
| 04/21/2025 | 157 | Courtroom Minutes. Time Hearing Held: 9:00. Appearances: Gia Samavati for Ali Choudhri, Charles Conrad for Nation Bank of Kuwait and 2425 Galleria, Michael Ballasess for John Quinlan, Omar Khawwaja, Osam Abdullatif, U.S. Trustee Jana Whitworth, Michael Durrschmidt for SLS River Oaks District LLC. (Related document(s):141 Emergency Motion) Emergency hearing held. Opening Statement made by Gia Samavati. Witness Ali Choudhri sworn. Direct Examination by his attorney. Cross examination made by Charles Conrad, Michael Ballases, and Jana Whitworth. Closing agreement by Gia Samavati. Charles Conrad to submit exhibit made on the record ECF 162. Court finds schedules filed at ECF 154 are incomplete. Court denies motion of release. Arrest warrant is valid. Mr. Choudhri placed in custody of the U.S. Marshals until he purges his contempt. (srh4) (Entered: 04/21/2025) |
| 04/21/2025 | 158<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 4/21/2025 9:04:50 AM ]. File Size [ 20897 KB ]. Run Time [ 00:43:32 ]. (admin). (Entered: 04/21/2025) |
| 04/21/2025 | 159<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 4/21/2025 9:51:07 AM ]. File Size [ 33185 KB ]. Run Time [ 01:09:08 ]. (admin). (Entered: 04/21/2025) |
| 04/21/2025 | 160<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 4/21/2025 11:15:38 AM ]. File Size [ 38449 KB ]. Run Time [ 01:20:06 ]. (admin). (Entered: 04/21/2025) |
| 04/21/2025 | 161<br>(10 pgs; 2 docs) | Transcript RE: held on 4/16/25 before Judge JEFFREY P. NORMAN. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 07/21/2025. (VeritextLegalSolutions) (Entered: 04/21/2025) |
| 04/22/2025 | 162<br>(6 pgs; 2 docs) | Notice *NBK's Notice of Filed Exhibit*. (Related document(s):155 Order on Emergency Motion, 157 Courtroom Minutes) Filed by National Bank of Kuwait, S.A.K.P., New York Branch (Attachments: # 1 Exhibit 1) (Conrad, Charles) (Entered: 04/22/2025) |

| | | |
|---|---|---|
| 04/22/2025 | 163 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Justin Rayome. This is to order a transcript of Hearing on Motion for Release; 04/21/2025 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Ali Choudhri ). (Rayome, Justin) Judicial Transcribers of Texas refused request. Electronically forwarded to Veritext Legal Solutions on 4/22/2025. Estimated completion date: 4/23/2025. Modified on 4/22/2025 (jlm4).Modified on 4/22/2025 (jlm4). (Entered: 04/22/2025) |
| 04/22/2025 | 164 (1 pg) | USM 285 RETURN OF SERVICE as to Ali Choudhri, Arrest at hearing on 4/21/2025 returned EXECUTED. (jld4) (Entered: 04/22/2025) |
| 04/22/2025 | 165 (7 pgs) | US Trustee's Notice *Report of Undisputed Election of Chapter 7 Trustee, Pursuant to Federal Rule of Bankruptcy Procedure 2003*. (Whitworth, Jana) (Entered: 04/22/2025) |
| 04/22/2025 | 166 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Expedited (7 days)) by National Bank of Kuwait, S.A.K.P., New York Branch / Andrew Troop. This is to order a transcript of Hearing held April 21, 2025 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By National Bank of Kuwait, S.A.K.P., New York Branch ). (Troop, Andrew) Copy request electronically forwarded to original transcription company: Veritext Legal Solutions on 4/23/2025. Estimated completion date: 4/30/2025Modified on 4/23/2025 (gc4). (Entered: 04/22/2025) |
| 04/23/2025 | ● | Notice of Appointment of Successor Trustee. Trustee Jose C. Rodriguez removed from the case. Trustee Douglas Brickley added to the case. (trc4) (Entered: 04/23/2025) |
| 04/23/2025 | 167 (25 pgs) | Amended Schedule A/B: Property Non-Individual , Amended Schedule D Non-Individual- Creditors Having Claims Secured by Property , Amended Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Amended Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Amended Schedule H Non-Individual- Codebtors , Statement of Financial Affairs for Non-Individual (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/23/2025) |
| 04/23/2025 | 168 (7 pgs) | Amended Emergency Motion *for Release from Custody* Filed by Debtor Jetall Companies (Rayome, Justin) (Entered: 04/23/2025) |
| 04/23/2025 | 169 (1 pg) | Order Setting Hearing Signed on 4/23/2025 (Related document(s):168 Emergency Motion for Release of Custody) **Hearing scheduled for 4/24/2025 at 04:00 PM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 04/23/2025) |
| 04/23/2025 | 170 (2 pgs) | Notice of Appearance and Request for Notice Filed by Matthew Scott Okin Filed by on behalf of Douglas Brickley (Okin, Matthew) (Entered: 04/23/2025) |
| 04/23/2025 | 171 (4 pgs) | BNC Certificate of Mailing. (Related document(s):155 Order on Emergency Motion) No. of Notices: 5. Notice Date 04/23/2025. (Admin.) (Entered: 04/23/2025) |
| 04/23/2025 | 172 (4 pgs) | BNC Certificate of Mailing. (Related document(s):156 Order Setting Hearing) No. of Notices: 5. Notice Date 04/23/2025. (Admin.) (Entered: 04/23/2025) |

| 04/24/2025 | 173 (23 pgs) | Amended Schedule A/B: Property Non-Individual , Amended Schedule D Non-Individual- Creditors Having Claims Secured by Property , Amended Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Amended Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Amended Schedule H Non-Individual- Codebtors , Statement of Financial Affairs for Non-Individual (Filed By Jetall Companies ). (Kirklin, Paul) (Entered: 04/24/2025) |
|---|---|---|
| 04/24/2025 | 174 (2 pgs) | Notice of Appearance and Request for Notice Filed by Michael J Durrschmidt Filed by on behalf of SLS River Oaks District, LLC (Durrschmidt, Michael) (Entered: 04/24/2025) |
| 04/24/2025 | 175 (23 pgs) | Amended Schedule A/B: Property Non-Individual , Amended Schedule C , Amended Schedule D Non-Individual- Creditors Having Claims Secured by Property , Amended Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Amended Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Amended Schedule H Non-Individual- Codebtors , Statement of Financial Affairs for Non-Individual (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/24/2025) |
| 04/24/2025 | 176 (1 pg) | Order on Emergency Motion For Release (Related Doc # 168) Signed on 4/24/2025. (trc4) (Entered: 04/24/2025) |
| 04/24/2025 | 177 | Courtroom Minutes. Time Hearing Held: 4:00. Appearances: Ryan O'Conner and Matthew Conrad Okin for Douglas Brickley, Charles Conrad and Andrew Troop for The National Bank of Kuwait and Houston 2425 Galleria LLC, Gia Samavati for Ali Choudhri, U.S. Trustee Jana Whitworth, Michael Durrschmidt for SLS Galleria, Michael Ballases for Quinlan, Khawwaja, Abdullatif. (Related document(s):168 Emergency Motion) Ali Choudhri sworn and provided testimony on current schedules. Court will sign order releasing Mr. Choudhri from custody and order him to comply with the court. (srh4) (Entered: 04/24/2025) |
| 04/24/2025 | 178 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 4/24/2025 4:00:01 PM ]. File Size [ 10832 KB ]. Run Time [ 00:22:34 ]. (admin). (Entered: 04/24/2025) |
| 04/24/2025 | 179 (3 pgs; 2 docs) | Objection *to Amended Emergency Motion for Entry Onto Property to Retrieve Business Records* (related document(s):147 Emergency Motion). Filed by SLS River Oaks District, LLC (Attachments: # 1 Proposed Order) (Lewinski, Kim) (Entered: 04/24/2025) |
| 04/25/2025 | 180 (7 pgs) | Motion to Dismiss/Withdraw Document (related document(s):147 Emergency Motion). Filed by Creditor Ali Choudhri (Rayome, Justin) (Entered: 04/25/2025) |
| 04/25/2025 | 181 (1 pg) | Proposed Order RE: *Motion to Dismiss/Withdraw Document* (Filed By Ali Choudhri ).(Related document(s):180 Motion to Dismiss/Withdraw Document) (Rayome, Justin) (Entered: 04/25/2025) |
| 04/25/2025 | 182 (6 pgs) | Notice *of Withdrawal of Document.* (Related document(s):147 Emergency Motion) Filed by Ali Choudhri (Rayome, Justin) (Entered: 04/25/2025) |
| 04/25/2025 | 183 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: Gia Samavati for Ali Choudhri, Michael Durrschmidt for SLS River Oaks, Michael Ballases for John Quinlan Omar Khawaja, Osama Abdullatif, Matt Okin |

| | | |
|---|---|---|
| | | for Douglas Brickley, Andrew Troop for National Bank of Kuwait. (Related document(s):147 Emergency Motion) Emergency hearing held. Court to enter order instructing parties how to proceed in collecting documents from properties. (srh4) (Entered: 04/25/2025) |
| 04/25/2025 | 184 (1 pg) | PDF with attached Audio File. Court Date & Time [ 4/25/2025 9:29:54 AM ]. File Size [ 8288 KB ]. Run Time [ 00:17:16 ]. (admin). (Entered: 04/25/2025) |
| 04/25/2025 | 185 (2 pgs) | Order on Emergency Motion for Entry onto Property (Related Doc # 147) Signed on 4/25/2025. (trc4) (Entered: 04/25/2025) |
| 04/25/2025 | 186 (1 pg) | Order Requiring the Filing of an Amended Creditor Matrix Signed on 4/25/2025. (trc4) (Entered: 04/25/2025) |
| 04/25/2025 | 187 (8 pgs; 3 docs) | Motion to Reconsider (related document(s):121 Order on Motion to Withdraw as Attorney). Filed by Attorney Kell Mercer Hearing scheduled for 5/22/2025 at 01:30 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Proposed Order # 2 Service List) (Mercer, Kell) (Entered: 04/25/2025) |
| 04/25/2025 | 188 (1 pg) | Order on Motion To Reconsider (Related Doc # 187) Signed on 4/25/2025. (trc4) (Entered: 04/25/2025) |
| 04/25/2025 | 189 (4 pgs) | BNC Certificate of Mailing. (Related document(s):161 Transcript) No. of Notices: 5. Notice Date 04/25/2025. (Admin.) (Entered: 04/25/2025) |
| 04/25/2025 | 190 (4 pgs) | BNC Certificate of Mailing. (Related document(s):169 Order Setting Hearing) No. of Notices: 5. Notice Date 04/25/2025. (Admin.) (Entered: 04/25/2025) |
| 04/25/2025 | 191 (10 pgs) | BNC Certificate of Mailing. (Related document(s):165 US Trustee's Notice) No. of Notices: 38. Notice Date 04/25/2025. (Admin.) (Entered: 04/25/2025) |
| 04/26/2025 | 192 (4 pgs) | BNC Certificate of Mailing. (Related document(s):176 Order on Emergency Motion) No. of Notices: 5. Notice Date 04/26/2025. (Admin.) (Entered: 04/26/2025) |
| 04/27/2025 | 193 (5 pgs) | BNC Certificate of Mailing. (Related document(s):185 Order on Emergency Motion) No. of Notices: 5. Notice Date 04/27/2025. (Admin.) (Entered: 04/27/2025) |
| 04/27/2025 | 194 (4 pgs) | BNC Certificate of Mailing. (Related document(s):186 Generic Order) No. of Notices: 5. Notice Date 04/27/2025. (Admin.) (Entered: 04/27/2025) |
| 04/27/2025 | 195 (4 pgs) | BNC Certificate of Mailing. (Related document(s):188 Order on Motion To Reconsider) No. of Notices: 5. Notice Date 04/27/2025. (Admin.) (Entered: 04/27/2025) |
| 04/29/2025 | 196 (3 pgs) | First Amendment to List of Creditors . Fee Amount $34. (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/29/2025) |

| Date | Document | Description |
|---|---|---|
| 04/30/2025 | | Receipt of Amended Creditor Matrix (Fee)( 24-35761) [misc,amdcma] ( 34.00) Filing Fee. Receipt number A26115873. Fee amount $ 34.00. (U.S. Treasury) (Entered: 04/30/2025) |
| 04/30/2025 | 197 (7 pgs) | Amended Schedule A/B: Property Non-Individual , Amended Schedule G Non-Individual- Executory Contracts and Unexpired Leases , Declaration re: *Non-Individual Debtors (Form 202)* (Filed By Jetall Companies ). (Rayome, Justin) (Entered: 04/30/2025) |
| 04/30/2025 | 199 (2 pgs) | Mail Returned Undeliverable (Related document(s):130 US Trustee's Notice) (mew4) (Entered: 05/05/2025) |
| 05/01/2025 | 198 (2 pgs) | Bond *of Chapter 7 Trustee Douglas Brickley* (Whitworth, Jana) (Entered: 05/01/2025) |
| 05/05/2025 | 200 (48 pgs; 2 docs) | Notice *Regarding Compliance with Order*. (Related document(s):185 Order on Emergency Motion) Filed by Douglas Brickley (Attachments: # 1 Exhibit A - Access Letter) (Okin, Matthew) (Entered: 05/05/2025) |
| 05/05/2025 | 201 (2 pgs) | Notice of Appearance and Request for Notice Filed by Gus E Pappas Filed by on behalf of Elena Martyanova (Pappas, Gus) (Entered: 05/05/2025) |
| 05/05/2025 | 202 (2 pgs) | Notice *Regarding Compliance with Order*. (Related document(s):185 Order on Emergency Motion) Filed by SLS River Oaks District, LLC (Lewinski, Kim) (Entered: 05/05/2025) |
| 05/07/2025 | 203 (106 pgs; 13 docs) | **Withdrawn at ECF 269 *** Emergency Motion *to Disqualify* Filed by Creditor Ali Choudhri (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 10 # 10 Exhibit 10 # 11 Service Matrix # 12 Proposed Order) (Rayome, Justin) Modified on 6/4/2025 (trc4). (Entered: 05/07/2025) |
| 05/08/2025 | 204 (1 pg) | Order Denying Emergency Consideration and Setting Hearing Signed on 5/8/2025 (Related document(s):203 Emergency Motion) **Hearing scheduled for 6/4/2025 at 01:30 PM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 05/08/2025) |
| 05/09/2025 | 205 (9 pgs; 2 docs) | Notice of Appeal filed. (related document(s):185 Order on Emergency Motion). Fee Amount $298. Appellant Designation due by 05/23/2025. (Attachments: # 1 service list) (Rayome, Justin) (Entered: 05/09/2025) |
| 05/09/2025 | 206 | Election to Appeal to District Court . (Rayome, Justin) (Entered: 05/09/2025) |
| 05/09/2025 | 207 (22 pgs; 3 docs) | Motion for Leave to Appeal (related document(s):205 Notice of Appeal). Filed by Creditor Ali Choudhri (Attachments: # 1 Proposed Order # 2 service list) (Rayome, Justin) (Entered: 05/09/2025) |
| 05/09/2025 | 208 (24 pgs; 3 docs) | Emergency Motion *to Stay Pending Appeal* Filed by Creditor Ali Choudhri (Attachments: # 1 Proposed Order # 2 service list) (Rayome, Justin) (Entered: 05/09/2025) |

| | | |
|---|---|---|
| 05/09/2025 | | Receipt of Notice of Appeal( 24-35761) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A26142795. Fee amount $ 298.00. (U.S. Treasury) (Entered: 05/09/2025) |
| 05/09/2025 | 209 (26 pgs; 3 docs) | Application to Employ Okin Adams Bartlett Curry LLP as Counsel for Douglas J. Brickley. Objections/Request for Hearing Due in 21 days. Filed by Trustee Douglas Brickley Hearing scheduled for 6/4/2025 at 01:30 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Exhibit A- Okin Delcaration # 2 Proposed Order) (Okin, Matthew) (Entered: 05/09/2025) |
| 05/09/2025 | 210 (58 pgs; 3 docs) | Emergency Motion *Chapter 7 Trustee, Douglas J. Brickley's Emergency Motion to Enforce Court's Order* Filed by Trustee Douglas Brickley (Attachments: # 1 Exhibit A- Access Letter # 2 Proposed Order Granting Motion to Enforce) (Okin, Matthew) (Entered: 05/09/2025) |
| 05/09/2025 | 211 (1 pg) | Order Setting Hearing Signed on 5/9/2025 (Related document(s):210 Emergency Motion) **Hearing scheduled for 5/13/2025 at 09:30 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 05/09/2025) |
| 05/10/2025 | | Case review no action on 78 Notice of Deficiency Regarding a Bankruptcy Appeal (Related document(s): 45 Notice of Appeal (hl4) (Entered: 05/10/2025) |
| 05/10/2025 | 212 (4 pgs) | Order Denying Emergency Motion to Stay Order (Related Doc # 208) Signed on 5/10/2025. (trc4) (Entered: 05/10/2025) |
| 05/10/2025 | 213 (4 pgs) | BNC Certificate of Mailing. (Related document(s):204 Order Setting Hearing) No. of Notices: 5. Notice Date 05/10/2025. (Admin.) (Entered: 05/10/2025) |
| 05/12/2025 | 214 (1 pg) | Order Denying Motion For Leave to Appeal (Related Doc # 207) Signed on 5/12/2025. (trc4) (Entered: 05/12/2025) |
| 05/12/2025 | 215 (404 pgs; 20 docs) | Witness List, Exhibit List (Filed By Douglas Brickley ).(Related document(s):210 Emergency Motion, 211 Order Setting Hearing) (Attachments: # 1 Exhibit 1- Amended Schedules and Statements of Financial Affairs of JetAll Companies ECF #173 # 2 Exhibit 2- Sign in front of Suite 700 at 1001 West Loop South, Houston Texas # 3 Exhibit 3- Order on Emergency Motion For Release ECF#176 # 4 Exhibit 4- Order on Emergency Motion for Entry onto Property-access to books and records ECF #185 # 5 Exhibit 5- Email Correspondence with K. Mercer re Access to 1001 WL (4.25.25) # 6 Exhibit 6- Email Correspondence with K. Mercer re Access to 1001 WL (4.26.25) # 7 Exhibit 7- April 27, 2025 Demand Letter from Kell Mercer to Counsel # 8 Exhibit Exhibit 8- Email chain between MO, DB, and KM re access to 1001 WL. # 9 Exhibit 9- Docket Report for In re 1001 WL, LLC - Case No. 24-10119 U.S.B.C. Western District of Texas (LIVE # 10 Exhibit 10- Docket Report for Jetall Capital, LLC v. 1001 WL, LLC - Adv No. 25-01017 U.S.B.C. Western District of Texas # 11 Exhibit 11- Notice of Dismissal, ECF # 8, Adv 25-01017 # 12 Exhibit 12- Docket Report for Jetall Capital, LLC v. John Patrick Lowe - Adv No. 25-01019 U.S.B.C. Western District of Texas # 13 Exhibit 13- Original Complaint and Request for Temporary Restraining Order, ECF # 1, Adv 25-01019 # 14 Exhibit 14- Order Denying Request for Temporary Restraining Order, ECF # 9, Adv 25-01019 # 15 Exhibit 15- Motion to Assume Lease, ECF # 338, Case No. 24-10119 # 16 Exhibit 16- Order Denying Plan |

| | | |
|---|---|---|
| | | Confirmation, ECF # 502, Case No. 24-10119 # 17 Exhibit 17- Notice of Hearing on Motion to Convert, Debtors Motion to Dismiss, ECF # 547, Case No. 24-10119 # 18 Exhibit 18- Motion for Continuance, ECF # 575, Case No. 24-10119 # 19 Exhibit 19- Order Appointing Chapter 11 Trustee, ECF # 634, Case No. 24-10119) (Curry, David) (Entered: 05/12/2025) |
| 05/13/2025 | 216 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: David Curry for Chapter 7 Trustee Douglas J. Brickley, Gia Samavati for Ali Choudhri, Michael Ballases for John Quinlan, Omar Khawwaja, Osama Adullatif, Michael Durrschmidt for SLS River Oaks, Charles Conrad for National Bank of Kuwait. (Related document(s):210 Emergency Motion) Emergency hearing held. Court heard from all parties. Court will enter an order to extend time for Mr. Choudhri to turnover records based on announcement heard on the record. The Court will enter an agreed order submitted by Chapter 7 Trustees Douglas J. Brickley and John Patrick Lowe. (srh4) (Entered: 05/13/2025) |
| 05/13/2025 | 217 (1 pg) | PDF with attached Audio File. Court Date & Time [ 5/13/2025 9:29:29 AM ]. File Size [ 11064 KB ]. Run Time [ 00:23:03 ]. (admin). (Entered: 05/13/2025) |
| 05/13/2025 | 218 (1 pg) | PDF with attached Audio File. Court Date & Time [ 5/13/2025 9:56:56 AM ]. File Size [ 3264 KB ]. Run Time [ 00:06:48 ]. (admin). (Entered: 05/13/2025) |
| 05/13/2025 | 219 (3 pgs) | Order of Contempt (Related Doc # 210) Signed on 5/13/2025. (trc4) (Entered: 05/13/2025) |
| 05/13/2025 | 275 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Ordinary (30 days)) by Justin Raymone. This is to order a transcript of Hearing on 4/25/25 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Judicial Transcribers of Texas. (cmk4) Electronically forwarded to Judicial Transcribers of Texas on 6/10/2025. Estimated completion date: 7/10/2025. Modified on 6/10/2025 (anc4). (Entered: 06/06/2025) |
| 05/14/2025 | 220 | Election to Appeal to District Court . (hl4) (Entered: 05/14/2025) |
| 05/14/2025 | 221 (1 pg) | Clerk's Notice of Filing of an Appeal. On 05-14-2025, Ali Choudhri filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 25cv2173. Parties notified (Related document(s):205 Notice of Appeal) (hl4) (Entered: 05/14/2025) |
| 05/14/2025 | 222 (7 pgs; 2 docs) | Motion *of Jose C. Rodriguez for Approval of a Southern District Trustee Exemption for Pacer Fees and a Waiver of Accrued Fees for the period March 19, 2025 through April 22, 2025* Filed by Trustee Jose C Rodriguez Hearing scheduled for 6/10/2025 at 01:30 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Proposed Order) (Rodriguez, Jose) (Entered: 05/14/2025) |
| 05/14/2025 | 223 (5 pgs) | Proposed Order Submission After Hearing, Stipulation By Douglas Brickley and J. Patrick Lowe, Chapter 11 Trustee of 1001 WL, LLC. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By Douglas Brickley ).(Related |

012495

| | | document(s):185 Order on Emergency Motion, 210 Emergency Motion) (Curry, David) (Entered: 05/14/2025) |
|---|---|---|
| 05/14/2025 | 224<br>(5 pgs) | Stipulation and Agreed Order Regarding Office Use and Access Signed on 5/14/2025 (trc4) (Entered: 05/14/2025) |
| 05/14/2025 | 225<br>(2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Justin Rayome. This is to order a transcript of 05/13/2025 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Judicial Transcribers of Texas (Filed By Ali Choudhri ). (Rayome, Justin) Electronically forwarded to Judicial Transcribers of Texas on 5/15/2025. Estimated completion date: 5/16/2025. Modified on 5/15/2025 (anc4). (Entered: 05/14/2025) |
| 05/14/2025 | 226<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):211 Order Setting Hearing) No. of Notices: 5. Notice Date 05/14/2025. (Admin.) (Entered: 05/14/2025) |
| 05/14/2025 | 227<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):212 Order on Emergency Motion) No. of Notices: 5. Notice Date 05/14/2025. (Admin.) (Entered: 05/14/2025) |
| 05/14/2025 | 228<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):214 Order on Motion For Leave to Appeal) No. of Notices: 5. Notice Date 05/14/2025. (Admin.) (Entered: 05/14/2025) |
| 05/15/2025 | 229<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):219 Order on Emergency Motion) No. of Notices: 5. Notice Date 05/15/2025. (Admin.) (Entered: 05/15/2025) |
| 05/16/2025 | 230<br>(8 pgs) | BNC Certificate of Mailing. (Related document(s):224 Generic Order) No. of Notices: 5. Notice Date 05/16/2025. (Admin.) (Entered: 05/16/2025) |
| 05/16/2025 | 231<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):221 Clerk's Notice of Filing of an Appeal) No. of Notices: 5. Notice Date 05/16/2025. (Admin.) (Entered: 05/16/2025) |
| 05/19/2025 | 232<br>(26 pgs; 2 docs) | Transcript RE: Emergency Motion to Enforce Court's Order held on May 13, 2025 before Judge Jeffrey P. Norman. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 08/18/2025. (mhen) (Entered: 05/19/2025) |
| 05/20/2025 | 233<br>(18 pgs; 3 docs) | Emergency Motion , in addition to Motion to Borrow. Filed by Trustee Douglas Brickley (Attachments: # 1 Exhibit A - Proposed Financing Stipulation # 2 Proposed Order) (Okin, Matthew) (Entered: 05/20/2025) |
| 05/20/2025 | 234<br>(1 pg) | Order Setting Hearing on Emergency Motion Signed on 5/20/2025 (Related document(s):233 Emergency Motion, Motion to Borrow) **Hearing scheduled for 5/23/2025 at 09:30 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 05/20/2025) |
| 05/21/2025 | 235<br>(5 pgs) | Notice *of Rescheduling of Meeting of Creditors Pursuant to 11 U.S.C. 341 (Meeting Scheduled for June 18, 2025 at 1:30 PM)*. Filed by |

| | | Douglas Brickley (Wentworth, Timothy) (Entered: 05/21/2025) |
|---|---|---|
| 05/21/2025 | 🔵236<br>(5 pgs; 2 docs) | Emergency Motion *to Allow for Remote Testimony* Filed by Trustee Douglas Brickley (Attachments: # 1 Proposed Order) (Edwards, J. Kelley)Modified on 5/22/2025 (th4). (Entered: 05/21/2025) |
| 05/22/2025 | 🔵237<br>(2 pgs) | Order Approving Hybrid Hearing (Related Doc # 236 and 233) Signed on 5/22/2025. (trc4) (Entered: 05/22/2025) |
| 05/22/2025 | 🔵238<br>(31 pgs; 3 docs) | Witness List, Exhibit List (Filed By Douglas Brickley ).(Related document(s):233 Emergency Motion, Motion to Borrow) (Attachments: # 1 Exhibit 1- 233-1 Exhibit A - Proposed Financing Stipulation # 2 Exhibit 2- 173- Amended Schedules and SOFA) (Edwards, J. Kelley) (Entered: 05/22/2025) |
| 05/22/2025 | 🔵239<br>(9 pgs) | Supporting Emergency Motion *for Continuance* Filed by Creditor Ali Choudhri (Rayome, Justin) (Entered: 05/22/2025) |
| 05/22/2025 | 🔵240<br>(4 pgs) | Order Granting Motion (ECF 233) and Denying Motion to Continue (ECF 239 ) Signed on 5/22/2025 (Related document(s):233 Emergency Motion to Borrow) **Final Hearing on the Trustees obtaining secured post-petition financing pursuant to the Financing Stipulation is scheduled for 6/13/2025 at 09:30 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 05/22/2025) |
| 05/22/2025 | 🔵241<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):232 Transcript) No. of Notices: 5. Notice Date 05/22/2025. (Admin.) (Entered: 05/22/2025) |
| 05/22/2025 | 🔵242<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):234 Order Setting Hearing) No. of Notices: 5. Notice Date 05/22/2025. (Admin.) (Entered: 05/22/2025) |
| 05/24/2025 | 🔵243<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):237 Order on Emergency Motion) No. of Notices: 5. Notice Date 05/24/2025. (Admin.) (Entered: 05/24/2025) |
| 05/25/2025 | 🔵244<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):240 Order Setting Hearing) No. of Notices: 5. Notice Date 05/25/2025. (Admin.) (Entered: 05/25/2025) |
| 05/27/2025 | 🔵245<br>(6 pgs; 2 docs) | Notice *of Chapter 7 Trustee's Expenses*. (Related document(s):219 Order on Emergency Motion) Filed by Douglas Brickley (Attachments: # 1 Exhibit A - Okin Adams Invoice) (Okin, Matthew) (Entered: 05/27/2025) |
| 05/27/2025 | 🔵246<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Justin Peter Louis Rayome Filed by on behalf of Ali Choudhri (Rayome, Justin) (Entered: 05/27/2025) |
| 05/27/2025 | 🔵247<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Justin Peter Louis Rayome Filed by on behalf of Ali Choudhri (Rayome, Justin) (Entered: 05/27/2025) |

| | | |
|---|---|---|
| 05/27/2025 | 🔵248<br>(4 pgs) | Notice of Appeal filed. (related document(s): 220 Election to Appeal). Fee Amount $298. Appellant Designation due by 06/10/2025. (Rayome, Justin) (Entered: 05/27/2025) |
| 05/27/2025 | 🔵249<br>(4 pgs) | Notice of Appeal filed. (related document(s):219 Order on Emergency Motion). Fee Amount $298. Appellant Designation due by 06/10/2025. (Rayome, Justin) (Entered: 05/27/2025) |
| 05/28/2025 | 🔵250<br>(13 pgs; 3 docs) | Notice of Appeal filed. (related document(s):224 Generic Order). Fee Amount $298. Appellant Designation due by 06/11/2025. (Attachments: # 1 Exhibit Order # 2 Exhibit Order) (Rayome, Justin) (Entered: 05/28/2025) |
| 05/28/2025 | | Receipt of Notice of Appeal( 24-35761) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A26186743. Fee amount $ 298.00. (U.S. Treasury) (Entered: 05/28/2025) |
| 05/28/2025 | | Receipt of Notice of Appeal( 24-35761) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A26186743. Fee amount $ 298.00. (U.S. Treasury) (Entered: 05/28/2025) |
| 05/28/2025 | 🔵251<br>(80 pgs; 4 docs) | Response -*Chapter 7 Trustee, Douglas J. Brickley's Response in Opposition to Emergency Motion to Disqualify Matthew Okin and Okin Adams Bartlett Curry LLP as Bankruptcy Counsel to Douglas Brickley, Chapter 7 Trustee* (related document(s):203 Emergency Motion). Filed by Douglas Brickley (Attachments: # 1 Exhibit A - ASR Docket Report # 2 Exhibit B - Distribution Agent's Statement # 3 Proposed Order) (Curry, David) (Entered: 05/28/2025) |
| 05/28/2025 | 🔵252<br>(5 pgs; 2 docs) | Clerk's Notice of Filing of an Appeal. On 05/27/2025, Ali Choudhri filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 25cv02438. Parties notified (Related document(s) 248 Notice of Appeal) Attachment(s): # 1 NOA) (hl4) Modified on 7/11/2025 (ltg4). (Entered: 05/28/2025) |
| 05/28/2025 | ⚫253 | Election to Appeal to District Court . (hl4) (Entered: 05/28/2025) |
| 05/28/2025 | ⚫254 | Election to Appeal to District Court . (hl4) (Entered: 05/28/2025) |
| 05/28/2025 | 🔵255<br>(5 pgs; 2 docs) | Clerk's Notice of Filing of an Appeal. On 05/27/2025, Ali Choudhri filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 25cv2440. Parties notified (Related document(s):249 Notice of Appeal) (Attachments: # 1 NOA) (hl4) (Main Document 255 replaced on 7/11/2025) (HortenciaLerma). (Main Document 255 replaced on 7/11/2025)Modified on 7/11/2025 (hl4). (Entered: 05/28/2025) |
| 05/29/2025 | 🔵256<br>(1 pg) | Record Transmitted under Rule 8010(b). On May 29, 2025, the appeal was transmitted to the U.S. District Court, assigned Judge Charles Eskridge, Civil Action 4:25-cv-00075. All appellate filings must now be made in the United States District Court with the civil action caption and case number. (Related document(s):22 Notice of Appeal). (sat4) (Entered: 05/29/2025) |

012498

| 05/29/2025 | ● 257<br>(1 pg) | Record Transmitted under Rule 8010(b). On May 29, 2025, the appeal was transmitted to the U.S. District Court, assigned Judge Charles Eskridge, Civil Action 4:25-cv-00809. All appellate filings must now be made in the United States District Court with the civil action caption and case number. (Related document(s):45 Notice of Appeal, 47 Notice of Appeal). (sat4) (Entered: 05/29/2025) |
|---|---|---|
| 05/31/2025 | ● 258<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):252 Clerk's Notice of Filing of an Appeal) No. of Notices: 5. Notice Date 05/31/2025. (Admin.) (Entered: 05/31/2025) |
| 05/31/2025 | ● 259<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):255 Clerk's Notice of Filing of an Appeal) No. of Notices: 5. Notice Date 05/31/2025. (Admin.) (Entered: 05/31/2025) |
| 05/31/2025 | ● 260<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):256 Record on Appeal Transmitted Under Rule 8010(b)) No. of Notices: 5. Notice Date 05/31/2025. (Admin.) (Entered: 05/31/2025) |
| 05/31/2025 | ● 261<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):257 Record on Appeal Transmitted Under Rule 8010(b)) No. of Notices: 5. Notice Date 05/31/2025. (Admin.) (Entered: 05/31/2025) |
| 06/02/2025 | | Receipt of Notice of Appeal( 24-35761) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A26196737. Fee amount $ 298.00. (U.S. Treasury) (Entered: 06/02/2025) |
| 06/02/2025 | ● 262<br>(107 pgs; 8 docs) | Witness List, Exhibit List (Filed By Douglas Brickley ).(Related document(s):203 Emergency Motion, 209 Application to Employ) (Attachments: # 1 Exhibit 1 - Declaration of Matthew Okin # 2 Exhibit 2 - HREP Docket Sheet # 3 Exhibit 3 - Order Approving HREP Sale # 4 Exhibit 4 - HREP Trustee's Report of Sale # 5 Exhibit 5 - ASR 2402 Docket Sheet # 6 Exhibit 6 - ASR Distribution Agent's Statement of Completion of Sale # 7 Exhibit 7 - Jetall Emergency Motion for Authority to Participate in ASR) (Okin, Matthew) (Entered: 06/02/2025) |
| 06/02/2025 | ● 263<br>(4 pgs; 2 docs) | Exhibit List (Filed By Douglas Brickley ).(Related document(s):203 Emergency Motion, 209 Application to Employ) (Attachments: # 1 Exhibit 8 - Affidavit of Randy W. Williams, Trustee) (Wentworth, Timothy) (Entered: 06/02/2025) |
| 06/02/2025 | ● 264<br>(16 pgs; 2 docs) | Witness List, Exhibit List (Filed By Ali Choudhri ).(Related document(s):203 Emergency Motion) (Attachments: # 1 Service Matrix) (Rayome, Justin) (Entered: 06/02/2025) |
| 06/02/2025 | ● 265<br>(1 pg) | Clerk's Notice of Filing of an Appeal. On 05-28-2025, Ali Choudhri filed a notice of appeal. The appeal has been assigned to U.S. District Judge Charles Eskridge, Civil Action 25cv2551. Parties notified (Related document(s):250 Notice of Appeal) (hl4) (Entered: 06/02/2025) |
| 06/03/2025 | ● 266<br>(5 pgs; 2 docs) | Emergency Motion -*Chapter 7 Trustee's Emergency Motion to Strike Witness and Exhibit List Filed by Ali Choudhri* Filed by Trustee Douglas Brickley (Attachments: # 1 Proposed Order) (Okin, Matthew) (Entered: 06/03/2025) |

| | | |
|---|---|---|
| 06/03/2025 | ⚫ [267](#) (1 pg) | Order Granting Chapter 7 Trustee's Emergency Motion to Strike Witness and Exhibit List Filed by Ali Choudhri (Related Doc # 266) Signed on 6/3/2025. (trc4) (Entered: 06/03/2025) |
| 06/03/2025 | ⚫ [268](#) (2 pgs) | Order Authorizing the Employment and Retention of Okin Adams Bartlett Curry LLP as Counsel for the Trustee (Related Doc # 209) Signed on 6/3/2025. (trc4) (Entered: 06/03/2025) |
| 06/03/2025 | ⚫ [269](#) (17 pgs; 5 docs) | Motion to Withdraw Document (related document(s):203 Emergency Motion)., or in the alternative Motion to Continue Hearing On (related document(s):203 Emergency Motion). Filed by Creditor Ali Choudhri (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Service Matrix) (Rayome, Justin) (Entered: 06/03/2025) |
| 06/04/2025 | ⚫ [270](#) (1 pg) | Order Denying Motion for Continuance (Related Doc # 269) Signed on 6/4/2025. Motion at ECF 203 is withdrawn on Ali Choudhri's notice of withdrawal. (trc4) (Entered: 06/04/2025) |
| 06/04/2025 | ⚫ [271](#) (1 pg) | Order on Attorneys' Fees and Costs Signed on 6/4/2025 (Related document(s):219 Order on Emergency Motion, 245 Notice) (trc4) (Entered: 06/04/2025) |
| 06/05/2025 | ⚫ [272](#) (4 pgs) | BNC Certificate of Mailing. (Related document(s):267 Order on Emergency Motion) No. of Notices: 5. Notice Date 06/05/2025. (Admin.) (Entered: 06/05/2025) |
| 06/05/2025 | ⚫ [273](#) (5 pgs) | BNC Certificate of Mailing. (Related document(s):268 Order on Application to Employ) No. of Notices: 5. Notice Date 06/05/2025. (Admin.) (Entered: 06/05/2025) |
| 06/05/2025 | ⚫ [274](#) (4 pgs) | BNC Certificate of Mailing. (Related document(s):265 Clerk's Notice of Filing of an Appeal) No. of Notices: 5. Notice Date 06/05/2025. (Admin.) (Entered: 06/05/2025) |
| 06/06/2025 | ⚫ [276](#) (4 pgs) | BNC Certificate of Mailing. (Related document(s):270 Order on Motion to Withdraw Document) No. of Notices: 5. Notice Date 06/06/2025. (Admin.) (Entered: 06/06/2025) |
| 06/06/2025 | ⚫ [277](#) (4 pgs) | BNC Certificate of Mailing. (Related document(s):271 Generic Order) No. of Notices: 5. Notice Date 06/06/2025. (Admin.) (Entered: 06/06/2025) |
| 06/09/2025 | ⚫ [278](#) (14 pgs; 4 docs) | Notice *of Intention to Serve Subpoenas to Bank Entities*. Filed by Douglas Brickley (Attachments: # 1 Exhibit 1-Bank of Houston Subpoena-4400 Post Oak Parkway, Suite 2260, Houston, TX 77027 (Attn James D. Stein) # 2 Exhibit 2-Golden Bank, NA 9315 Bellaire Blvd. Houston, TX 77036 (Attn Andy Hou) # 3 Exhibit 3- Veritext Community Bank 8214 Westchester Drive, Suite 100 Dallas, TX 75225 (Attn C. Malcom Holland)) (Wentworth, Timothy) (Entered: 06/09/2025) |

| | | |
|---|---|---|
| 06/10/2025 | ● 279<br>(1 pg) | Order Granting Motion of Jose C. Rodriguez for Approval of A Southern District Trustee Exemption for Pacer Fees and a Waiver of Accrued Pacer Fees for the Period of March 19, 2025 through April 22, 2025 (Related Doc # 222) Signed on 6/10/2025. (trc4) (Entered: 06/10/2025) |
| 06/12/2025 | ● 280<br>(8 pgs; 2 docs) | Notice *of Filing Executed Stipulation Concerning Post-Petition Financing*. (Related document(s):233 Emergency Motion, Motion to Borrow, 240 Order Setting Hearing) Filed by Douglas Brickley (Attachments: # 1 Exhibit A - Financing Stipulation) (Okin, Matthew) (Entered: 06/12/2025) |
| 06/12/2025 | ● 281<br>(4 pgs) | Proposed Order RE: *Final Approval of Borrowing on Secured and Superpriority Basis* (Filed By Douglas Brickley ).(Related document(s):233 Emergency Motion, Motion to Borrow, 240 Order Setting Hearing) (Okin, Matthew) (Entered: 06/12/2025) |
| 06/12/2025 | ● 282<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):279 Generic Order) No. of Notices: 5. Notice Date 06/12/2025. (Admin.) (Entered: 06/12/2025) |
| 06/13/2025 | ● 283 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: Mathew Okin for Chapter 7 Trustee, Charles Condrad and Andrew Troop for NBK Bank, Houston 2425 Galleria, Brice Field for John Quinlan, Omar Khawwaja, Osama Adullatif. (Related document(s):233 Emergency Motion, Motion to Borrow) Emergency hearing held. No objections made. Court will sign proposed Order at ECF 281. (srh4) (Entered: 06/13/2025) |
| 06/13/2025 | ● 284<br>(4 pgs) | Final Order Granting Emergency Motion of Douglas Brickley, Chapter 7 Trustee (Related Doc # 233) Signed on 6/13/2025. (trc4) (Entered: 06/13/2025) |
| 06/13/2025 | ● 285<br>(1 pg) | (◀)) PDF with attached Audio File. Court Date & Time [ 6/13/2025 9:30:08 AM ]. File Size [ 689 KB ]. Run Time [ 00:01:26 ]. (admin). (Entered: 06/13/2025) |
| 06/15/2025 | ● 286<br>(7 pgs) | BNC Certificate of Mailing. (Related document(s):284 Order on Emergency Motion) No. of Notices: 5. Notice Date 06/15/2025. (Admin.) (Entered: 06/15/2025) |
| 06/18/2025 | ● 287<br>(5 pgs) | Notice *of Rule 2004 Examination of the Internal Revenue Service and Request for Production of Documents*. Filed by Douglas Brickley (Wentworth, Timothy) (Entered: 06/18/2025) |
| 06/18/2025 | ● 288<br>(5 pgs) | Notice *of Continuance of Meeting of Creditors (to July 9, 2025 at 1:30 pm)*. (Related document(s):235 Notice) Filed by Douglas Brickley (Wentworth, Timothy) (Entered: 06/18/2025) |
| 06/18/2025 | ● 289<br>(17 pgs; 2 docs) | Transcript RE: Emergency Motion for Entry of Property held on April 24, 2025 before Judge Jeffrey Norman. Transcript is available for viewing in the Clerk's Office. Within 21 days, parties are advised to comply with privacy requirements of Fed. R. Bank. P. 9037, ensuring that certain protected information is redacted from transcripts prior to their availability on PACER. Filed by Transcript access will be restricted through 09/16/2025. (mhen) (Entered: 06/18/2025) |

| Date | Doc | Description |
|---|---|---|
| 06/20/2025 | 290 (14 pgs; 2 docs) | Emergency Motion *Motion for Entry of an Order Directing Ali Choudhri to Appear and Show Cause* Filed by Trustee Douglas Brickley (Attachments: # 1 Proposed Order) (Wentworth, Timothy) (Entered: 06/20/2025) |
| 06/22/2025 | 291 (1 pg) | Order Directing Ali Choudhri to Appear and Show Cause Signed on 6/22/2025 (Related document(s):290 Emergency Motion) **Hearing scheduled for 6/26/2025 at 09:30 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 06/22/2025) |
| 06/22/2025 | 292 (4 pgs) | BNC Certificate of Mailing. (Related document(s):289 Transcript) No. of Notices: 5. Notice Date 06/22/2025. (Admin.) (Entered: 06/22/2025) |
| 06/23/2025 | 293 (2 pgs) | *Certificate of Service on Order Directing Ali Choudhri to Appear and Show Cause Why He Should Not Be Held in Contempt* (Filed By Douglas Brickley ).(Related document(s):291 Order Setting Hearing) (Wentworth, Timothy) (Entered: 06/23/2025) |
| 06/24/2025 | 294 (13 pgs; 2 docs) | Exhibit List, Witness List (Filed By Douglas Brickley ).(Related document(s):290 Emergency Motion) (Attachments: # 1 Exhibit 1 - Docket - United States of America v. Jetall Companies, Inc. and Mohammed Ali Choudhri) (Wentworth, Timothy) (Entered: 06/24/2025) |
| 06/25/2025 | 295 (1 pg) | First MOTION to Appear Pro Hac Vice for Clinton Alexander (Fee Paid: $100, receipt number A26261485) Filed by Other Prof. Clinton Alexander Hearing scheduled for 6/26/2025 at 09:30 AM at Houston, Courtroom 403 (JPN). (Alexander, Clinton) (Entered: 06/25/2025) |
| 06/25/2025 | 296 (1 pg) | Order Granting Motion for Clinton W. Alexander To Appear pro hac vice (Related Doc # 295) **Note: Instructions to request Texas Southern CM/ECF registration through PACER are found here** Signed on 6/25/2025. (trc4) (Entered: 06/25/2025) |
| 06/25/2025 | 297 (4 pgs) | BNC Certificate of Mailing. (Related document(s):291 Order Setting Hearing) No. of Notices: 5. Notice Date 06/25/2025. (Admin.) (Entered: 06/25/2025) |
| 06/26/2025 | 298 (2 pgs) | AO 435 TRANSCRIPT ORDER FORM (Daily (24 hours)) by Ali Choudhri. This is to order a transcript of Hearing 06/26/2025 before Judge Jeffrey P. Norman. Court Reporter/Transcriber: Digital Scroll Transcription (Filed By Ali Choudhri ). (Samavati, Gia) Electronically forwarded to Veritext Legal Solutions on 7/2/2025 as originally requested company is unable to fulfill request. Estimated completion date: 7/9/2025. Only available turnaround for transcription is 7 days. Modified on 7/2/2025 (anc4). (Entered: 06/26/2025) |
| 06/26/2025 | 299 (12 pgs; 2 docs) | First Motion to Continue Hearing On (related document(s):291 Order Setting Hearing). Filed by Other Prof. Clinton Alexander Hearing scheduled for 6/26/2025 at 09:30 AM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Exhibit order assuming jurisdiction of law practice) (Alexander, Clinton) (Entered: 06/26/2025) |
| 06/26/2025 | 300 (1 pg) | Order Denying Motion To Continue/Reschedule Hearing On(Related Doc # 299) Signed on 6/26/2025. (trc4) (Entered: 06/26/2025) |

012502

| Date | Doc # | Description |
|---|---|---|
| 06/26/2025 | ● 301 | Courtroom Minutes. Time Hearing Held: 9:30. Appearances: Mathew Okin for Trustee Douglas Brickley, Charles Conrad for National Bank of Kuwait and Houston 2425 Galleria LLC, Michael Ballases for John Quinlan, Omar Khawwaja, Osama Adullatif, James Grogan for Ali Choudhri, Clint Alexander for Petitioning Creditors. (Related document(s):290 Emergency Motion To Show Cause) Show Cause hearing held. Debtor in the process of retaining new counsel. Parties took an 11 minute break to confer. Parties agreed to a continuance. **Show Cause hearing continued to 7/8/2025 at 09:00 AM at Houston, Courtroom 403 (JPN).** (srh4) (Entered: 06/26/2025) |
| 06/26/2025 | ● 302 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 6/26/2025 9:29:52 AM ]. File Size [ 2951 KB ]. Run Time [ 00:06:09 ]. (admin). (Entered: 06/26/2025) |
| 06/26/2025 | ● 303 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 6/26/2025 9:44:36 AM ]. File Size [ 1169 KB ]. Run Time [ 00:02:26 ]. (admin). (Entered: 06/26/2025) |
| 06/27/2025 | ● 304 (4 pgs) | BNC Certificate of Mailing. (Related document(s):296 Order on Motion to Appear pro hac vice) No. of Notices: 6. Notice Date 06/27/2025. (Admin.) (Entered: 06/27/2025) |
| 06/28/2025 | ● 305 (4 pgs) | BNC Certificate of Mailing. (Related document(s):300 Order on Motion to Continue/Reschedule Hearing) No. of Notices: 6. Notice Date 06/28/2025. (Admin.) (Entered: 06/28/2025) |
| 07/02/2025 | ● 306 (9 pgs; 2 docs) | Notice *of Service of Subpoena to John Quinlan, Omar Khawaja and Osama Abdullatif.* Filed by Douglas Brickley (Attachments: # 1 Exhibit A - Subpoena) (Wentworth, Timothy) (Entered: 07/02/2025) |
| 07/07/2025 | ● 307 (2 pgs) | Notice *of Service of Subpoena to John Quinlan, Omar Khawaja, and Osama Abullatif.* Filed by Douglas Brickley (dah4) (Entered: 07/07/2025) |
| 07/08/2025 | ● 308 | Courtroom Minutes. Time Hearing Held: 9:00. Appearances: Gia Samavati for debtor, Mathew Okin for Trustee Douglas Brickley, Michael Ballases for John Quinlan, Omar Khawwaja, Osam Adullatif, RJ Shannon for Christopher Murray, James Dickinson for National Bank of Kuwait. (Related document(s):290 Emergency Motion) Opening statement by Matthew Okin. Parties requested a break to come to an agreement. Court resumed at 9:45 a.m. Parties agreed to 4 terms read into the record. A proposed ordered will be submitted for the court to enter. (srh4) (Entered: 07/08/2025) |
| 07/08/2025 | ● 309 (2 pgs) | Notice *of Change of Location of Meeting of Creditors Pursuant to 11 U.S.C. § 341.* Filed by Douglas Brickley (Wentworth, Timothy) (Entered: 07/08/2025) |
| 07/08/2025 | ● 310 (4 pgs) | Proposed Order Submission After Hearing (Filed By Douglas Brickley ). (Related document(s):290 Emergency Motion) (Wentworth, Timothy) (Entered: 07/08/2025) |

| 07/09/2025 | 311 (4 pgs) | Order on Chapter 7 Trustee, Douglas J. Brickley's Emergency Motion For Entry of an Order Directing Ali Choudhri to Appear and Show Cause (Related Doc # 290) Signed on 7/9/2025. (trc4) (Entered: 07/09/2025) |
|---|---|---|
| 07/09/2025 | 312 (2 pgs) | Affidavit Re: *Non-Service Anwar Qadeer* (Filed By Ali Choudhri ). (Samavati, Gia) (Entered: 07/09/2025) |
| 07/09/2025 | 313 (2 pgs) | Affidavit Re: *Non-Service Taseer Badar* (Filed By Ali Choudhri ). (Samavati, Gia) (Entered: 07/09/2025) |
| 07/09/2025 | 314 (2 pgs) | Withdraw Document (Filed By Ali Choudhri ).(Related document(s):312 Affidavit, 313 Affidavit) (Samavati, Gia) (Entered: 07/09/2025) |
| 07/10/2025 | 315 (6 pgs) | *Notice of Rule 2004 Examination of American Express and Request for Production of Documents.* Filed by Douglas Brickley (Wentworth, Timothy) (Entered: 07/10/2025) |
| 07/10/2025 | 316 (5 pgs) | *Notice of Continuance of Meeting of Creditors (to August 8, 2025 at 1:30 pm)..* Filed by Douglas Brickley (Wentworth, Timothy) (Entered: 07/10/2025) |
| 07/10/2025 | 317 (2 pgs) | Affidavit Re: *Taseer Badar* (Filed By Ali Choudhri ). (Samavati, Gia) (Entered: 07/10/2025) |
| 07/10/2025 | 318 (2 pgs) | Affidavit Re: *Anwar Qadeer* (Filed By Ali Choudhri ). (Samavati, Gia) (Entered: 07/10/2025) |
| 07/11/2025 | 319 (7 pgs) | BNC Certificate of Mailing. (Related document(s):311 Order on Emergency Motion) No. of Notices: 5. Notice Date 07/11/2025. (Admin.) (Entered: 07/11/2025) |
| 07/14/2025 | 320 (1 pg) | Notice of Deficiency Regarding a Bankruptcy Appeal (Related document(s):205 Notice of Appeal). (sat4) (Entered: 07/14/2025) |
| 07/14/2025 | 321 (1 pg) | Notice of Deficiency Regarding a Bankruptcy Appeal (Related document(s):248 Notice of Appeal). (sat4) (Entered: 07/14/2025) |
| 07/14/2025 | 322 (1 pg) | Notice of Deficiency Regarding a Bankruptcy Appeal (Related document(s):249 Notice of Appeal). (sat4) (Entered: 07/14/2025) |
| 07/16/2025 | 323 (1 pg) | PDF with attached Audio File. Court Date & Time [ 7/8/2025 8:59:53 AM ]. File Size [ 3802 KB ]. Run Time [ 00:07:55 ]. (admin). (Entered: 07/16/2025) |
| 07/16/2025 | 324 (1 pg) | PDF with attached Audio File. Court Date & Time [ 7/8/2025 9:14:59 AM ]. File Size [ 1773 KB ]. Run Time [ 00:03:42 ]. (admin). (Entered: 07/16/2025) |
| 07/16/2025 | 325 (1 pg) | PDF with attached Audio File. Court Date & Time [ 7/8/2025 9:44:46 AM ]. File Size [ 6362 KB ]. Run Time [ 00:13:15 ]. (admin). (Entered: 07/16/2025) |

| | | |
|---|---|---|
| 07/16/2025 | 🔵326<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):320 Notice of Deficiency Regarding a Bankruptcy Appeal) No. of Notices: 5. Notice Date 07/16/2025. (Admin.) (Entered: 07/16/2025) |
| 07/16/2025 | 🔵327<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):321 Notice of Deficiency Regarding a Bankruptcy Appeal) No. of Notices: 5. Notice Date 07/16/2025. (Admin.) (Entered: 07/16/2025) |
| 07/16/2025 | 🔵328<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):322 Notice of Deficiency Regarding a Bankruptcy Appeal) No. of Notices: 5. Notice Date 07/16/2025. (Admin.) (Entered: 07/16/2025) |
| 07/30/2025 | 🔵329<br>(7 pgs) | *Response to June 27, 2025 Subpoena to Produce Documents Issued by the Trustee of The Bnakruptcy Estate of Jetall Companies, Inc.*. Filed by Osama Abdullatif, Omar Khawaja, John Quinlan (Ballases, Thomas) (Entered: 07/30/2025) |
| 07/30/2025 | 🔵330<br>(3 pgs) | ORDER OF DISMISSAL. Dismissal is thus warranted to prevent prejudice to creditors and the parties in the underlying bankruptcy case. The appeal is DISMISSED for failure to comply with the Federal Rules of Bankruptcy and for want of prosecution. This is a FINAL JUDGMENT. Case terminated on 07/30/2025. (Signed by Judge Charles Eskridge) Parties notified. (jmg4) (Entered: 07/31/2025) |
| 07/30/2025 | 🔵331<br>(3 pgs) | ORDER OF DISMISSAL. Dismissal is thus warranted to prevent prejudice to creditors and the parties in the underlying bankruptcy case. The appeal is DISMISSED for failure to comply with the Federal Rules of Bankruptcy and for want of prosecution. This is a FINAL JUDGMENT. Case terminated on 07/30/2025. (Signed by Judge Charles Eskridge) Parties notified (jmg4) (Entered: 07/31/2025) |
| 07/30/2025 | 🔵332<br>(3 pgs) | COPY OF ORDER OF DISMISSAL. Dismissal is thus warranted to prevent prejudice to creditors and the parties in the underlying bankruptcy case. The appeal is DISMISSED for failure to comply with the Federal Rules of Bankruptcy and for want of prosecution. This is a FINAL JUDGMENT. Case terminated on 07/30/2025. (Signed by Judge Charles Eskridge) (Related document(s):248 and 250 Notice of Appeal) (hl4) (Entered: 07/31/2025) |
| 07/30/2025 | 🔵333<br>(3 pgs) | COPY OF ORDER OF DISMISSAL. Dismissal is thus warranted to prevent prejudice to creditors and the parties in the underlying bankruptcy case. The appeal is DISMISSED for failure to comply with the Federal Rules of Bankruptcy and for want of prosecution. This is a FINAL JUDGMENT. Case terminated on 07/30/2025. (Signed by Judge Charles Eskridge) (Related document(s):249 Notice of Appeal) (hl4) (Entered: 07/31/2025) |
| 07/31/2025 | 🔵334<br>(3 pgs) | COPY OF ORDER OF DISMISSAL. The appeal is DISMISSED for failure to comply with the Federal Rules of Bankruptcy and for want of prosecution. This is a FINAL JUDGMENT. Case terminated on 7/31/2025 (Signed by Judge Charles Eskridge) (Related document(s):205 Notice of Appeal) (hl4) (Entered: 07/31/2025) |
| 08/08/2025 | 🔵335<br>(1 pg) | ORDER OF DISMISSAL re: Appellee National Bank of Kuwait, SAKP, New York Branch, filed a motion to dismiss the above-numbered appeal on July 9, 2025. Dkt 9. This meant that Appellant Jetall Companies, Inc, was required to respond by July 30, 2025. See Local Rule 7.3 (requiring |

| | | |
|---|---|---|
| | | response to opposed motions within twenty-one days). It hasn't done so. The motion by Appellee is thus treated as unopposed pursuant to Local Rule 7.4 and will be granted on that basis.The motion to dismiss is GRANTED. Dkt 9. This appeal is DISMISSED WITH PREJUDICE (jmg4) (Entered: 08/08/2025) |
| 08/08/2025 | 336 (1 pg) | ORDER OF DISMISSAL re: Appellee National Bank of Kuwait, SAKP, New York Branch, filed a motion to dismiss the above-numberedappeal on July 9, 2025. Dkt 10. This meant that Appellant Jetall Companies, Inc, was required to respond by July 30, 2025. See Local Rules 7.3 (requiring response to opposed motions within twenty-one days). It hasn't done so. The motion by Appellee is thus treated as unopposed pursuant to Local Rule 7.4 and will be granted on that basis. The motion to dismiss is GRANTED. Dkt 10. This appeal is DISMISSED WITH PREJUDICE. (jmg4) (Entered: 08/08/2025) |
| 08/11/2025 | 337 (5 pgs) | Notice *of Continuance of Meeting of Creditors (to September 17, 2025 at 1:30 pm)*. Filed by Douglas Brickley (Wentworth, Timothy) (Entered: 08/11/2025) |
| 09/02/2025 | 338 (6 pgs; 2 docs) | Motion to Compel *Internal Revenue Service to Respond to Notice of Rule 2004 and Subpoena* Filed by Trustee Douglas Brickley Hearing scheduled for 10/7/2025 at 01:30 PM at Houston, Courtroom 403 (JPN). (Attachments: # 1 Proposed Order) (Wentworth, Timothy) (Entered: 09/02/2025) |
| 09/16/2025 | 339 (5 pgs) | Notice *of Continuance of Meeting of Creditors (to October 16, 2025 at 1:30 pm)*. Filed by Douglas Brickley (Wentworth, Timothy) (Entered: 09/16/2025) |

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐  Chapter 7
   ☑  Chapter 11

## Part 2:   Identify the Debtor

2. **Debtor's name**

   Jetall Companies, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   5 4 _ 2 1 8 2 0 8 9
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 13498 Pond Springs Rd. | |
   | Number      Street | Number      Street |
   | | P.O. Box |
   | Austin                    TX    78729 | |
   | City                 State   ZIP Code | City              State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Williamson County | |
   | County | Number      Street |
   | | |
   | | City              State   ZIP Code |

012507

6. **Debtor's website** (URL) _____

7. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☑ None of the types of business listed.

   ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   ☑ No

   ☐ Yes. Debtor _____ Relationship _____

   District _____ Date filed _____ Case number, if known _____
                                     MM / DD / YYYY

   Debtor _____ Relationship _____

   District _____ Date filed _____ Case number, if known _____
                                     MM / DD / YYYY

---

| **Part 3:** | **Report About the Case** |
|---|---|

10. **Venue**

    *Check one:*

    ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☑ No

    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

012508

| Debtor | Jetall Companies, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| EAO Global LLC (dba PopLabs) | Consulting services<br>Consulting services | $ 99,994.79 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| EAO Global LLC (dba PopLabs) | |
| Name | Printed name |
| PO Box 79214 | |
| Number    Street | Firm name, if any |
| Houston          TX          77279 | |
| City              State      ZIP Code | Number    Street |
| **Name and mailing address of petitioner's representative, if any** | City              State          ZIP Code |
| Gene McCubbin | |
| Name | Contact phone _____  Email _____ |
| 14315 Briarhills Pkwy | |
| Number    Street | Bar number |
| Houston          TX          77077 | |
| City              State      ZIP Code | State |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/04/2024
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

012509

Debtor _____     Case number (if known)_____
        Name

## Name and mailing address of petitioner

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✖ _____
Signature of attorney

Date signed  _____
             MM  / DD / YYYY

## Name and mailing address of petitioner

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✖ _____
Signature of attorney

Date signed  _____
             MM  / DD / YYYY

012510

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-35761** |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | **CHAPTER 11** |

**ORDER DENYING JOINT MOTION TO DISMISS AND
FOR ORDER OF RELIEF UNDER 11 U.S.C. 303(h)**

EAO Global LLC (dba PopLabs) filed an involuntary petition against Jetall Companies, Inc. on December 4, 2024. An amended petition was filed on December 9, 2024, adding in M. Nasr & Partners, PC as a petitioning creditor (ECF No. 6). Thereafter, Ron Madriz joined as a petitioning creditor (ECF No. 16). The three petitioning creditors have filed a motion to dismiss pursuant to 11 U.S.C. § 303(j) stating that they have the consent of the Alleged Debtor under 11 U.S.C. § 303(i), that the Alleged Debtor has waived its right to judgment and that the Alleged Debtor joins in the motion to dismiss.[1]

National Bank of Kuwait, S.A.K.P. New York Branch ("NBK") has filed an objection to the joint motion to dismiss stating that the involuntary petition was "suspect" as it was filed just prior to a hearing in Case No. 23-34815 and that the petitioning creditors acted in bad faith in filing the petition (ECF No. 26). Christopher R. Murray, the trustee of the liquidating trust established by the confirmed plan in Case No. 23-34815 ("Murray") has filed a separate objection joining NBK's objection and asserting additional facts in support of the bad faith arguments (ECF No. 30). Lastly, Sonder USA Inc. ("Sonder") has filed an objection, joining in both NBK and Murray's objections, stating that all creditors were not notified of the motion to dismiss and the pending hearing scheduled for February 10, 2025, and requesting that the Court enter an order for relief pursuant to 11 U.S.C. § 303(h) as Jetall Companies, Inc. failed to file a responsive pleading within 21 days of the service of the summons on December 26, 2024.[2]

Furthermore, the three petitioning creditors, M. Nasr & Partners, PC, EAO Global LLC d/b/a PopLabs, and Ron Madriz (the "Petitioning Creditors") have filed a Pre-Trial Submission (ECF No. 37). In that pleading, the Petitioning Creditors argue that there was no responsive pleading within 21 days of the service of the summons by the Alleged Debtor, Jetall Companies, Inc. ("Jetall"), and therefore, the Court should enter an order for relief and deny the motion to dismiss as moot.

---

[1] ECF No. 24, filed on January 9, 2025.
[2] Federal Rule of Bankruptcy Procedure 1011(b). Summons was initially served on December 11, 2024. See ECF No. 10 on the amended petition. However, a Supplemental Amended Petition was filed on December 16, 2024, and summons was executed on December 26, 2024 (ECF No. 21).

012511

For the reasons stated herein, the Court finds that the Joint Motion to Dismiss should be denied, and that an Order for Relief should be entered.

The Joint Motion to Dismiss was filed under 11 U.S.C. §§ 303(i) and (j). As the motion to dismiss did not contain any objections or defenses under Federal Rule of Civil Procedure 12, it did not extend the time for Jetall to file an answer.[3] Furthermore, as pointed out in Murray's and Sonder's objection, the motion to dismiss was not served on all known creditors of Jetall. As all the parties in interest were not properly served, this motion must be denied.

No timely response has been filed to the involuntary petition, and an order for relief must be entered. The Court further believes that further investigation is in the best interest of the creditors due to the allegations set forth in the objections and the Court's own experiences with the parties.

As mentioned in the objections filed by NBK, Murray and Sonder, the Court advised the parties that it found that this involuntary petition was suspect, and filed in bad faith, as it was filed the night prior to a contested hearing in the *Galleria 2425, LLC* case.[4] For that reason, the Court immediately requested a transfer of venue from the Western District of Texas, which occurred on December 6, 2024. The Court then abated a ruling on the two pending motions until the transfer was completed.[5] Thereafter, the Court immediately annulled the stay in the *Galleria 2425, LLC* case so that the *Jetall* case would not operate as a stay to the motions pending before the Court.[6] The Court then issued its Memorandum Opinion[7] on the two pending motions on December 6, 2024. In that opinion, the Court reiterated its position that Mr. Choudhri and his related entities, including Jetall, engaged in vexatious litigation, and that the involuntary petition was suspect, as it was filed less than 12 hours prior to a scheduled hearing, with only one petitioning creditor at the time the involuntary petition was filed.

In support of his arguments that the involuntary was filed in bad faith, and possible collusion, Murray argues that one of the Petitioning Creditors in this case, Gene McCubbin d/b/a PopLabs previously filed an involuntary petition against a related entity, Galleria West Loop Investments, LLC,[8] and then filed a motion to dismiss that case, which was denied by Judge Marvin Isgur.

The Court believes that these bad faith allegations are troubling. The sole member of Jetall is Ali Choudhri, who is also the managing member of Galleria 2425 WL, LLC. During the pendency of the *Galleria 2425 WL, LLC* case, a sale order was entered selling Galleria 2425 WL, LLC.'s office building at 2425 West Loop South, Houston, Texas 77027. Jetall had a lease in that office building. The sale order required Jetall to vacate the property. The Court had scheduled a hearing on a motion to enforce the sale order to evict Jetall. It was at 9:12 p.m., the night before

---

[3] Federal Rule of Bankruptcy Procedure 1011(b)
[4] Case No. 23-34815 Galleria 2425 Owner, LLC.
[5] Case No. 23-34815, ECF Nos.838 and 839, and see Order Abating Ruling (ECF No. 856), and Order Vacating Ruling (ECF No. 863)
[6] ECF No. 4
[7] Case No. 23-34815, ECF No. 870.
[8] Case No. 24-32143.

2 / 3

this hearing, that the involuntary petition was filed. Jetall was removed from the office building on December 24, 2024.

**ACCORDINGLY, IT IS ORDERED** that the Joint Motion of Petitioning Creditors, Upon Consent and Waiver of Alleged Debtor Jetall Companies, Inc. to Dismiss Involuntary Petition (ECF No. 24) is **DENIED**.

**IT IS FURTHER ORDERED** pursuant to 11 U.S.C. § 303(h), the Court enters an Order for Relief against Jetall Companies, Inc. under Chapter 11 of the United States Bankruptcy Code.

**IT IS FURTHER ORDERED** that the deadline to file schedules and other required documents under Federal Rule of Bankruptcy Procedure 1007(a)(2) is February 14, 2025. All other documents required by 11 U.S.C. § 521, and Federal Rule of Bankruptcy Procedure 1007 must be filed by February 21, 2025.

A status conference is set for 11:00 a.m. on April 8, 2025, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.

**SO ORDERED.**

SIGNED 02/07/2025

Jeffrey Norman
United States Bankruptcy Judge

012513

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-35761** |
| JETALL COMPANIES, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 11** |

## ORDER CONVERTING CASE TO CHAPTER 7

Hearing was held on March 6, 2025. The United States Trustee made an oral motion to Convert this case to Chapter 7 pursuant to 11 USC § 1112. That motion is granted for the following reasons.

The Court finds that the debtor has failed to file, within fifteen days after the filing of the petition commencing such case or such additional time as the court may allow, the information required by paragraph (1) of section 521(a), including a list containing the names and addresses of the holders of the twenty largest unsecured claims (or of all unsecured claims if there are fewer than twenty unsecured claims), and the approximate dollar amounts of each of such claims. Additionally, the debtor has failed to abide by Court order (ECF No. 39). Said order provides:

> IT IS FURTHER ORDERED that the deadline to file schedules and other required documents under Federal Rule of Bankruptcy Procedure 1007(a)(2) is February 14, 2025. All other documents required by 11 U.S.C. § 521, and Federal Rule of Bankruptcy Procedure 1007 must be filed by February 21, 2025.

No schedules or other required documents were filed by the debtor by the deadlines of February 14, 2025, and February 21, 2025, in violation of the Court's order. The Court finds cause for conversion and that conversion is in the best interest of creditors. The Court finds the violation of the Court's order willful, and the resultant delay is prejudicial to creditors. This case is therefore converted to Chapter 7 for cause.

The United States Trustee shall appoint a Chapter 7 Trustee. Given the complexity of this case and related cases, the Court suggests that preference be given to the Trustee who has served on related cases.

012514

The Emergency Motion *to* Compel (I) Production of Documents and (II) Ali Choudhri to Appear Individually and as Representative at Depositions and Evidentiary Hearing on Motion to Convert to Chapter 7 *filed* by Creditor National Bank of Kuwait, S.A.K.P., New York Branch (ECF No. 54) is deemed moot.

The hearing set March 20, 2025, is struck from the docket.

**SO ORDERED.**

SIGNED 03/06/2025

Jeffrey Norman
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NUMBER: 24-35761** |
| | § | |
| **JETALL COMPANIES, INC.,** | § | |
| | § | |
| **DEBTORS.** | § | **Chapter 7** |

## UNITED STATES TRUSTEE'S REPORT OF UNDISPUTED ELECTION OF CHAPTER 7 TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2003

TO THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for Region 7 ("U.S. Trustee"), files this Report of an Undisputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 (the "Election Report"). In support hereof, the U.S. Trustee respectfully reports as follows:

## INTRODUCTION

1.     The U.S. Trustee must report to the Court the status of any election of a chapter 7 trustee at a meeting of creditors, whether that election is disputed or not. *See* Fed. R. Bankr. P. 2003(d). Prior to the initial meeting of creditors, the U.S. Trustee received a request for an election for a chapter 7 trustee in this case. The U.S. Trustee conducted the election for a chapter 7 trustee in this case on April 22, 2025, pursuant to 11 U.S.C. § 702. Neither the election nor the election results were contested or disputed. Accordingly, the U.S. Trustee files this Election Report in compliance with Rule 2003.

## BACKGROUND

2.     On February 7, 2025, the Court entered its Order Denying Joint Motion to Dismiss and For Order of Relief Under 11 U.S.C. § 303(h) in the involuntary chapter 11 case that was initiated by the Involuntary Petition Under Chapter 11 (non-Individual) [ECF 1] filed on December 4, 2024,

1

pursuant to 11 U.S.C. § 303.

3.      On March 6, 2025, the Court entered its Order Converting Case to Chapter 7 Case [ECF 68].

4.      On March 19, 2025, the U.S. Trustee filed its Notice of Appointment of Successor Chapter 7 Trustee noticing the appointment of Jose C. Rodriguez ("Mr. Rodriguez") as the interim Chapter 7 Trustee for this case.

5.      The initial meeting of creditors, pursuant to 11 U.S.C. § 341, was scheduled for April 22, 2025 [ECF 111].

6.      On April 15, 2025, creditor Christopher Murray, as the Trustee of the Litigation Trust in the Galleria 2425 Owner LLC case (the "Litigation Trustee") requested, via email communication to the U.S. Trustee, an election for chapter 7 trustee in this case, as per 11 U.S.C. § 702.  The Litigation Trustee filed its Proof of Claim, as Claim No. 3, for a general unsecured claim of $3,467,855.89, on January 30, 2025.

7.      On April 15, 2025, creditor National Bank of Kuwait, S.A.K.P., New York Branch (the "NBK") requested, via email communication to the U.S. Trustee, an election for chapter 7 trustee in this case, as per 11 U.S.C. § 702.  The NBK filed its Proofs of Claim as follows: (i) Claim No. 4, for general unsecured claim of $25,000.00, on April 16, 2025; and (ii) Claim No. 5, for a general unsecured claim of $36,138,468.73, on April 16, 2025.

8.      On April 15, 2025, the U.S. Trustee filed his Notice of the Meeting of Creditors and Election for Replacement Chapter 7 Trustee [ECF 130] advising of the pending Trustee Election scheduled for April 22, 2025, at the schedule initial Meeting of Creditors.

2

# THE ELECTION REPORT

9.     On April 22, 2025, at 1:00 p.m. (CST), Mr. Rodriguez initiated the meeting of creditors and U.S. Trustee conducted election of chapter 7 trustee (collectively, the "Meeting") for the above-entitled case via Zoom - Rodriguez: Meeting ID 737 113 8071, Passcode 8075642534, Phone 1 737 295 2018.

10.     At the Meeting, (i) the Litigation Trustee, and (ii) the NBK requested that the U.S. Trustee conduct an election for chapter 7 trustee. The Litigation Trustee nominated Douglas Brickley for election as the permanent chapter 7 trustee in this case. The NBK seconded the nomination of Douglas Brickley for election as the permanent chapter 7 trustee in this case.

11.     The undersigned presided over and conducted the election of the chapter 7 trustee.

12.     Pursuant to the election, Douglas Brickley was elected as the permanent chapter 7 trustee.

13.     The election is undisputed.

14.     Douglas Brickley's contact information is as follows:

> **Douglas Brickly**
> **Stout Risius Ross, LLC**
> **1000 Main Street, Suite 3200**
> **Houston, TX 77002**
> **Telephone: (713) 955-8406**
> **Email: dbrickley@stout.com**

**Dated:** April 22, 2025        Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:     */s/ Jana Smith Whitworth*

3

Jana Smith Whitworth
Trial Attorney
SBOT No. 00797435/Federal I.D. 20656
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
(713) 718-4663
(713) 718-4670 Fax
Email: Jana.Whitworth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, a copy of the foregoing pleading was served on those parties entitled to ECF Notice through the Court's CM/ECF system and, for those not participating in the CM/ECF system, via U.S.P.S. – First Class Mail, Postage Prepaid.

*/s/ Jana Smith Whitworth*
Jana Smith Whitworth

012519

Label Matrix for local noticing
0541-4
Case 24-35761
Southern District of Texas
Houston
Tue Apr 22 16:15:57 CDT 2025

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Harris County
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andersen
P.O. Box 3064
Houston, TX 77253-3064

Jetall Companies
1001 West Loop S
Ste 700
Houston, TX 77027-9033

M. Nasr & Partners, PC
7904 N Sam Houston Pkwy W Ste 102
Houston, TX 77064-3454

National Bank of Kuwait, S.A.K.P., New York

US Trustee 7
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Clark Hill PLC
1000 Louisiana St, #2800
Houston, Texas 77002-5031

Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana St. #44
Houston, Texas 77002-5248

American Express-Corp Members Reward
American Express,
 P.O. Box 981535
El Paso, Texas 79998-1535

Andy Taylor
405 Main St., Unit 200
Houston, Texas 77002-1843

Butler Snow LLP
1400 Lavaca St., Suite 1000
Austin, Texas 78701-1764

CRF Holland Avenue Inc.
1614 Holland St.
 Houston, Texas 77029-2818

Christopher R. Murray
602 Sawyer St., STE 400
Houston, TX 77007-7510

Clouthier Law Firm, PLLC
9950 Woodloch Forest Dr. #1300
The Woodlands, TX 77380-4252

Deal Sikes
8811 Gaylord Dr., Suite 150
Houston, Texas 77024-2960

EAO Global LLC d/b/a PopLabs
P.O. Box 79214
Houston, TX 77279-9214

Galleria Loop Note Holder, LLC
1001 West Loop South, Suite 700
Houston, Texas 77027-9033

Gill CPA & Associates
2211 Norfolk St., Houston
Texas 77098-4096

Gulfstream Legal Group
720 N. Post Oak Rd., Suite 355
Houston, Texas 77024-3841

Hanna and Hanna, Inc.
8582 Katy Fwy., Suite 105
Houston, Texas 77024-1807

Hannah Sloan PLLC
2161 NW Military Hwy, Suite 114
San Antonio, Texas 78213-1844

Harris County, et al
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston,TX 77253-3064

Ian M. Cain
412 W Polk St., #1
Houston, Texas 77019-4763

Innovative Legal Solutions
5910 Rose St.
Houston, Texas 77007-5130

JLM Law Firm, P.C.
901 S. Mopac Expressway, Bldg 1, Ste 300
Austin, Texas 78746-5883

Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, #1400
Houston, Texas 77046-2410

National Bank of Kuwait, S.A.K.P., New York
c/o Charles Conrad
609 Main Street, Suite 2000
Houston, TX 77002-3167

Pacer Service Center
7550 Frontage Rd
San Antonio, Texas 78229

012520

Passman & Jones
1201 Elm St., #2500
Dallas, Texas 75270-2599

Poplabs
7850 Parkwood Circle Dr.
Suite B-3
Houston, Texas 77036-6761

Quadrus Consulting
13401 Country Trails Ln,
Austin, Texas 78732-2082

Rapp Krock
1980 Post Oak Blvd, Suite 1200
Houston, Texas 77056-3970

RingCentral
20 Davis Dr., Belmont,
California 94002-3002

Ross Reporting Service, Inc
11706 Playa Ct.
Houston, Texas 77034-5406

Shanaz Choudhri
1001 West Loop South, Suite 700
Houston, Texas 77027-9033

Smart Office Automation
8316 Willow Pl Dr N Building C
Houston, Texas 77070-5644

The Steidley Law Firm
3701 Kirby Dr, Suite 1170
Houston, Texas 77098-3916

Travis County Tax Office
2433 Ridgepoint De.
Austin, Texas 78754-5231

U.S. Legal Support
16825 Northchase Dr., #900
Houston, Texas 77060-6004

Veritex Bank
5111 San Felipe St.
Houston, Texas 77056-3603

Wrinkle, Gardner & Company, P.C.
3231 FM 528 Rd
Friendswood, Texas 77546-5011

Ali Choudhri
1001 West Loop South
Suite 700
Houston, TX 77027-9033

Jose C Rodriguez
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705-1907

Justin Peter Louis Rayome
1001 West Loop South
Suite 700
Houston, TX 77027-9033

Kell Mercer
Kell C. Mercer, PC
901 S Mopac Expy Bldg 1 Ste 300
Austin, TX 78746-5883

Ron Madriz
5151 Richmond Ave
Apt 293
Houston, TX 77056-6700

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)EAO Global LLC

(u)Houston 2425 Galleria, LLC

(u)PopLabs

(u)Sonder USA Inc.

(d)AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)John Quinlan

(u)Omar Khawaja

(u)Osama Abdullatif

(u)Stephen Sather

```
End of Label Matrix
Mailable recipients      47
Bypassed recipients       9
Total                    56
```